UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | |
|---|---|
| **Plaintiff**(s):   **Cameron Stangel , ;** | **Defendant**(s): **Jeffery Lindsay , ;** |
| County of Residence: Cochise | County of Residence: Outside the State of Arizona |
| County Where Claim For Relief Arose: Cochise | |

Plaintiff's Atty(s):

**Jeffrey Silence ,**
Silence Law Group, PLLC
20235 N. Cave Creek Rd. Ste. 104 # 460
Phoenix, AZ  85024
602-932-8358

**Trevor Cook ,**
Silence Law Group, PLLC
20235 N. Cave Creek Rd. Ste. 104 # 460
, AZ  85024
602-932-5868

**James Burr Shields ,**
Shields Petitti & Zoldan, PLC
5090 N. 40th St. Ste. 207
Phoenix, AZ  85018

Defendant's Atty(s):

,

,

**IFP REQUESTED**

**REMOVAL FROM COUNTY, CASE #**

| | |
|---|---|
| II. Basis of Jurisdiction: | **4. Diversity (complete item III)** |
| III. Citizenship of Principal Parties **(Diversity Cases Only)** | |
| Plaintiff:- | **1 Citizen of This State** |
| Defendant:- | **2 Citizen of Another State** |
| IV. Origin : | **1. Original Proceeding** |
| V. Nature of Suit: | **190 Other Contract** |
| VI.Cause of Action: | **18 U.S.C. 1591: Violation of federal sex trafficking statute and state law claims around related breach of employment agreement.** |
| VII. Requested in Complaint | |
| Class Action: | **No** |
| Dollar Demand: | **Specific performance and/or damages greater than $75,000** |

VIII. This case **is not related** to another case.

**Signature:** Trevor Cook

**Date:** 08/19/2025

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.

Revised: 01/2014