**SILENCE LAW GROUP**

1   **Silence Law Group PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
2   Phoenix, AZ 85024

3   **Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
4   Email: jeff@silencelaw.com

**Trevor Cook** (037952)
5   Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com
6

7   **Shields Petitti & Zoldan, PLC**

8   **James Burr Shields**

Direct Dial : (602) 718-3331
9
Email: burr@shieldspetitti.com
10

11   *Attorneys for Plaintiff*

12   **UNITED STATES DISTRICT COURT**

13   **FOR THE DISTRICT OF ARIZONA**

14   Cameron Stangel,                           Case No.  CV-25-471-JCH

15                    Plaintiff,

16        v.                                    **NOTICE OF FILING FIRST**
                                                **AMENDED COMPLAINT**
17   Jeffery Lindsay,

18                    Defendant.                (Hon. John C. Hinderaker)

19

20

21        Plaintiff Cameron Stangel notices the Court she has filed a First of Amended

22   Complaint as a matter of right under Federal Rule of Civil Procedure 15(a)(1)(A) prior to

23   Defendant filing an answer. A copy of the amended pleading that indicates in what respect

24   it differs from the pleading which it amends is attached to this notice in compliance with

25   LRCiv 15.1(b).

26        A clean copy of the amended pleading is being filed separately.

27

28

SILENCE LAW GROUP

1      RESPECTFULLY SUBMITTED this 29th day of September, 2025.

2                                    **Silence Law Group PLLC**

3

4                                    */S/ Trevor Cook*
                                     Trevor Cook
5                                    Jeffrey Silence
                                     James Burr Shields
6                                    *Attorneys for Plaintiff*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28