1

**EXHIBITS**

2

DEFENDANT JEFFERY LINDSAY'S MOTION TO DISMISS

3

4

Exhibit A     -     Personal Travel Coordinator Service Agreement

5

Exhibit B     -     Sekrit Theater Website Printout

6

Exhibit C     -     1145 Perry Road Tax Assessor Information

7

Exhibit D     -     Canyon Lake Property Information

8

Exhibit E     -     Stangel Reported Work Hours

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

*Exhibit "A "*

**Personal Travel Coordinator Service Agreement**
This agreement (the "Agreement") is entered into on April 12, 2024, between Jeff Lindsay located at Angels Ranch P.O. Box 133 Pecos, Texas, hereinafter referred to as the "Employer," and Cameron Stangel, located at 1145 Perry Road, Austin, TX, hereinafter referred to as the "Travel Coordinator."

This Contract shall commence on April 12, 2024 and shall continue for a period of three (3) years, terminating on April 10, 2027. The Travel Coordinator shall perform and not exceed five hundred and twenty (520) days of active travel coordination within the first thirty-six (36) months of employment.

During periods when active travel is not conducted, the Travel Coordinator's duties will be paused unless the Travel Coordinator is home planning the next trip.

**Services Detail**
The Travel Coordinator agrees to provide personal travel coordination services as detailed in the job description below to the Employer for no more than five hundred twenty (520) days of active travel within the first thirty-six (36) months of employment, in exchange for compensation as detailed below.

**Job Description**
The services include but are not limited to: a. Planning and organizing travel itineraries. b. Making travel arrangements such as organizing documents and visas, booking flights, accommodations, and transportation. c. Providing recommendations for activities and attractions.

**Compensation Detail**
In exchange for services provided by the Travel Coordinator, the Employer agrees to compensate the Travel Coordinator with and rightful ownership of the buildings and parcels located at   S Naco Rd Bisbee, AZ, Parcel Numbers 103-62-273-A and 103-62-459-A. The property shall be transferred to the Travel Coordinator upon the completion of five hundred and twenty (520) days of active travel coordination within the first thirty-six (36) months of employment, or upon reaching the termination date, whichever comes first.

During the first thirty-six (36) months the Travel Coordinator will pay the appropriate taxes and insurance on the property located at   S Naco Rd, Bisbee, AZ.

In addition, the Employer agrees to cover all expenses associated with the Travel Coordinator position including any necessary equipment needed for travel planning (international WiFi, phones, etc), travel and accommodations, emergency medical, and anything else deemed necessary.

(Continued to page 2)

(Page 2, continued)

**Death Clause**

In the unfortunate event of the Employer's death during the term of this Agreement, the estate shall immediately and automatically transfer the deeds of the properties located at 6    Naco Rd Bisbee, AZ, Parcel Numbers 103-62-273-A and 103-62-459-A, to the Travel Coordinator as compensation for the services rendered. The estate shall cover all associated taxes, fees, or liabilities resulting from the transfer of the properties. The transfer shall be unconditional and free from any encumbrances or claims. The estate agrees to cooperate fully and promptly in facilitating the transfer of the deeds to the Travel Coordinator.

**Miscellaneous**

This Agreement constitutes the entire understanding between the parties concerning the subject matter hereof and supersedes all prior agreements and understandings, whether written or oral.

**Amendment Clause**

This Agreement may be amended or modified only by a written instrument executed by both parties hereto. Any proposed amendments shall be presented in writing to the other party, specifying the proposed changes and the rationale behind them. Both parties shall engage in good faith negotiations to reach mutual agreement on any amendments. Amendments shall only be deemed valid and enforceable if executed in writing by both parties. No oral agreements or understandings shall modify the terms of this Agreement.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

Employer Signature _____   Employer Print Name JEFF LINDSAY   Date 4-12-2024

Travel Coordinator Signature _____   Travel Coordinator Print Name Camenn Jean Stangel   Date 4/12/2024

Witness Signature _____   Witness Print Name Beau Reichert   Date 4/12/2024

*Exhibit "B"*





*We're Austin Weird and we plan to keep it that way.*



Photography

Book Now

Book a Sekrit Photography Session and capture some magic today!

Sekrit Theater is a favorite destination location for photographers and videographers.  We're delighted to contribute to your creativity!  Interested in booking for commercial purposes or just your own portraits?

Click the Book Now link below to schedule a session.

Contact Us

info@sekrittheater.com



1145 Perry Rd, Austin, TX 78721, USA

Subscribe

Name       Email Address       Sign Up

©2018 by Sekrit Theater.



Sekrit Theater    Photography    Instagram      **SEKRIT THEATER**

Search Site

# Sekrit Photography

Sekrit Theater is proud to be a favorite destination location for photographers and videographers.
We're delighted to contribute to your creativity!
Photography Guests enjoy access to the Sekrit Theater grounds including the Green House, Tiny Home, New Orleans Porch, Front Gardens, Lounge Bus, Goldfish Pond, and Backyard with Chandelier Tree, and Vintage Ford Truck.
Please Read our Photography Booking Policy below before booking your appointment!

Interested in booking a session?  Click the Book Now link below!

**Book Now**

### Booking Policy / Terms and Conditions

Sekrit Theater is a multi-acre outdoor wedding and photography property located in Austin, Texas. Several structures as well as creative and antique artistic props are included for careful and considerate use in all booking fees.  Any props moved must be returned back to their original location before the booking session is complete.  A full restroom is available in the Tiny House. There are no kitchen facilities available.  Electrical outlets are available on a limited basis. Driving onto the property to load/unload equipment is possible with advance agreement by Sekrit Theater. Absolutely no entry to the private residence located on the property is permitted.

Theater Terms and ConditionsThe

**Personal Photography Shoots and DIY Proposals**

Personal (non commercial) Photography shoots and DIY Proposals may be booked directly on the website using the booking tool. A variety of packages are available for your convenience. All bookings require pre-payment and are non-refundable for any reason including weather. Rescheduling may be permitted with advance notice and within a reasonable amount of time.

Commercial Photography Shoots, Location Shoots for film/music/video; Events, Weddings, Theater Rental, Etc
Bookings other than personal photography sessions and DIY Proposals require a custom proposal and contract. Please contact info@sekrittheater.com for more information.

**Pricing / Payments**
Fees collected from photography sessions help to preserve the grounds, contribute to further exhibits, and support our urban farm initiative.

**Property Access**
All property access must be made by advance booking only. Sekrit Theater reserves the right to refuse admittance for photography/videography and/or to change its photo policy without advance notice.

**Restrooms and Changing Areas**
The Tiny Home located directly across from The Greenhouse doubles as a bathroom and dressing room for guests. If you're interested in having more privacy or space to prepare for your photo session on site you may decide to add a Glamour Trailer option.

**Payment**
We accept electronic payment via our website only for Personal Photography Shoots and DIY Proposals. As a reminder, confirmed and paid bookings are non-refundable for any reason, including weather.

**Arrival / Departure / Booking Times**
Out of respect to other photographers and guests, please limit your sessions to the start and stop times of the booking. No early arrival or late departure allowed. Thank you for your understanding.

**Photo Credit**
Photographs may be published on social media giving credit to Sekrit Theater. In return, Sekrit Theater may repost and reuse for its own social media and website any images previously posted by the client or photographer.

**Indemnification**
Photographers will indemnify, defend, and hold harmless the Sekrit theater, its employees, officers, directors, exhibiting artist, and Affiliates from and against any and all cost, claims, liabilities, or damages incurred including without limitation all attorneys fees that arise out of or related to the shoot; be photographers use of recorded footage, or see photographers breach of these regulations. Photographers obligation to indemnify is subject to the condition that it is given primary control of and all reasonably requested assistance a photographer's expense for the defense of such claims, with Council reasonably satisfactory to the indemnified parties, provided that the indemnified parties shall not be required to admit liability. Without limiting the foregoing, the indemnified party or parties may participate in the defense at its core their own expense, and with their own counsel, provided that if the indemnified party or parties reasonably conclude that the photographer has conflicting interest or different defenses available with respect to such claims, the reasonable fees and expenses of one Council to the indemnified parties will be considered cost for the purposes of this section. Photographers shall not enter into or acquiesce to any settlement containing any admission of or stipulation to any guilt, fault, liability, or wrongdoing on the part of the indemnified parties, or which would otherwise adversely affect the indemnified parties, without Sekrit Theater's prior written consent. Photographer shall keep the indemnified party advised of the status of the claims and the defenses there of and shall consider in good faith the recommendations made by the ending indemnified parties with respect thereto.

**Personal items**
Sekrit Theater is not responsible for any personal belongings. Photo shoot participants are required to keep the shooting areas tidy. Clients must remove all personal items from the bathrooms and place trash, including hangers, in the receptacles.

**Permissions**
Sekrit Theater does not represent or warrant that it owns or controls the rights to any or all of the works shot located on theater property. The photographer understands and agrees that the permissions granted under this agreement exclude any and all copyrights, other proprietary rights, rights of privacy, or rights of publicity whether any such rights arise under the law of the United States other countries or other jurisdictions owned by other persons or entities other than secret. It is the photographer's responsibility to obtain any and all such other permissions or licenses necessary to reproduce or otherwise use any of the reproductions or images resulting from the shoot in accordance with this agreement. Style photo credit must be given to Sekrit Theater for all stylized or commercial photography.

**Other**
Outside props for photography must be approved and advanced (furniture, cars, etc..). No stylized, for profit, for publication, commercial, or fashion shoots without prior approval. No nudity without prior approval. Sekrit theater reserves the right to remove any client and or photographer as well as cancel any booking if these guidelines are not strictly followed without refund. Other photo shoots may be scheduled during the time of your appointment. Please take care to share the dressing area and all areas. Client is responsible for any damages to Sekrit grounds or property and will be invoiced for damage amounts. All minors must be under adult supervision at all times and are the sole responsibility of the client. Dogs are allowed on a leash only with prior permission.

**Contact**
Please contact us at info@sekrittheater.com if you have any questions! We appreciate your business. Thank you for your interest in shooting with Sekrit Theater!



©2018 by Sekrit Theater.

*Exhibit "C"*

# PROPERTY TAX TRANSPARENCY

The information below reflects appraisal district records for the property specified and captures the property's condition as of January 1 of the tax year selected. All information in this report is as of the report date April 7, 2025. Your local appraisal district may update these records as the tax year progresses.

*Please check your appraisal district's website for the most up-to-date market value and exemptions information on this property.*

*Please check your tax office's website for the most up-to-date tax rate and tax amount information on this property.*

## PROPERTY INFORMATION

| Property ID | 772797 |
|---|---|
| Tax Year | 2025 |
| Report Date | November 13, 2025 |

| Property Address | 1145 PERRY RD, AUSTIN TX 78721 | Legal Description | ABS 22 SUR 29 TANNEHILL J C ACR 2.0113 |
|---|---|---|---|
| Appraisal District | Travis Central Appraisal District<br>P.O. Box 149012<br>Austin, Texas 78714-9012<br><br>(512) 834-9317<br>www.traviscad.org | Tax Office | CELIA ISRAEL<br>ATTN:  THE HONORABLE  ANDY<br>P O BOX 1748<br>AUSTIN, TX 78767<br>(512) 854-9473<br>HTTPS://TAX-OFFICE.TRAVISCOUNTYTX.GOV/ |
| Tax Entities | AUSTIN ISD<br>CITY OF AUSTIN<br>TRAVIS COUNTY<br>TRAVIS CENTRAL APP DIST<br>TRAVIS COUNTY HEALTHCARE DISTRICT<br>AUSTIN COMM COLL DIST | | |
| Property Characteristics | [x] Residential<br>[ ] Commercial<br>[ ] Business Personal Property<br>[ ] Mobile Home<br>[ ] Under Construction / Incomplete | | |
| Exemptions as of January 1 | Homestead | | |

## 2024 PROPERTY TAXES

| 2024 Market Value | $1,402,150 |
|---|---|
| 2024 Net Appraised Value | $642,425 |

| 2024 Total Tax Bill | $10,579.74 |
|---|---|

*The property's 2024 tax bill would have been the following without any exemptions:*
*$27,788.01*

# 2025 PROPERTY TAX PREVIEW

| 2025 Market Value | $1,337,855 |
|---|---|
| 2025 Net Appraised Value | $706,667 |

Your local appraisal district determines a property's market value as of January 1 of each year. In April, the owner will receive a Notice of Appraised Value with market value and exemption information. If you disagree with your property's market value, you can file a protest before May 15 of each year. If you do not receive the Notice of Appraised Value or the values listed above are unavailable, you can find the property's information on the appraisal district's website, usually in mid-April of each

An estimate of this property's 2025 property tax bill will be available in August at **travistaxes.com**. This estimate will be based on the property's market value, exemptions, and tax rates proposed by local taxing entities.

## EXEMPTION STATUS

The following exemptions were on the property as of January 1 and are expected to remain on the property for the calculation of the year's property tax bill:

**Homestead**

**IMPORTANT:** If the property is sold to new ownership in 2025, **all exemptions** will be removed as of January 1, 2026.

Removing exemptions from a property will change the net value used to calculate property tax bills. This may result in a new owner facing a higher property tax bill than the previous owner would have received.

New owners may be eligible for a general residence homestead exemption if they own and reside on a property. Exemptions are also available for disabled veterans, seniors over the age of 65, people with qualifying disabilities, and some surviving spouses. To learn more about homestead exemptions and how to apply, please visit traviscad.org/homesteadexemptions.

# PID 772797 | 1145 PERRY



**TRAVIS CENTRAL APPRAISAL DISTRICT**
TRAVIS COUNTY, TEXAS

Property Summary Report | Year 2025
Online Services | Travis Central Appraisal District



### ATTENTION
An estimate of your 2025 property tax bill is now available.
Visit TRAVISTAXES.COM to review the proposed tax rates that will determine your property tax bill
and provide feedback to your elected officials.

## General Info

**ACCOUNT**
Property ID:          772797
Geographic ID:        0204200844
Tax Office ID:        02042008440000
Type:                 R
Agent:
Legal Description:    ABS 22 SUR 29 TANNEHILL J C
                      ACR 2.0113

Property Use:

📄 View Appraisal Notice

**OWNER**
Name:                REICHERT BEAU
Secondary Name:
Mailing Address:     1145 PERRY RD AUSTIN TX 7872
                     1-3113
Owner ID:            1419404
% Ownership:         100.000000 %
Exemptions:          HS - Homestead
State Code:          A1
Homestead Audit:     2025



**LOCATION**
Address:    1145 PERRY RD, AUSTIN TX 78721
Market Area:
Market Area CD:    E8000
Map ID:    020221

**PROTEST INFORMATION**
Protest Status:
Informal Date:
Formal Hearing
Date & Time:



## Values

Map Disclaimer



**CURRENT VALUES**

| | |
|---|---|
| Land Homesite | 1,200,000 |
| Land Non-Homesite | 0 |
| Special Use Land Market | 0 |
| Total Land | 1,200,000 |
| Improvement Homesite | 137,855 |
| Improvement Non-Homesite | 0 |
| Total Improvement | 137,855 |
| Market | 1,337,855 |
| Special Use Exclusion (-) | 0 |
| Appraised | 1,337,855 |
| Value Limitation Adjustment (-) | 631,188 |
| Net Appraised | 706,667 |

**VALUE HISTORY**

| Year | Land Market | Improvement | Special Use Exclusion (-) | Appraised | Value Limitation Adj (-) | Net Appraised |
|---|---|---|---|---|---|---|
| 2025 | 1,200,000 | 137,855 | 0 | 1,337,855 | 631,188 | 706,667 |
| 2024 | 1,200,000 | 202,150 | 0 | 1,402,150 | 759,725 | 642,425 |
| 2023 | 1,200,000 | 173,114 | 0 | 1,373,114 | 789,091 | 584,023 |
| 2022 | 1,200,000 | 194,309 | 0 | 1,394,309 | 863,379 | 530,930 |
| 2021 | 600,000 | 160,659 | 0 | 760,659 | 277,995 | 482,664 |

## PID 772797 | 1145 PERRY

Property Summary Report | Year 2025
Online Services | Travis Central Appraisal District

### Taxing Units

Owner: **REICHERT BEAU**
% Ownership: **100 %**
Total Value: **706,667**



| Unit | Description | Net Appraised | Taxable Value |
|------|-------------|---------------|---------------|
| 01 | AUSTIN ISD | 706,667 | 566,667 |
| 02 | CITY OF AUSTIN | 706,667 | 565,334 |
| 03 | TRAVIS COUNTY | 706,667 | 565,334 |
| 0A | TRAVIS CENTRAL APP DIST | 706,667 | 706,667 |
| 2J | TRAVIS COUNTY HEALTHCARE DISTRICT | 706,667 | 565,334 |
| 68 | AUSTIN COMM COLL DIST | 706,667 | 699,600 |

📊 View Tax Transparency

# PID 772797 | 1145 PERRY

Property Summary Report | Year 2025
Online Services | Travis Central Appraisal District

## Improvement

| | | | |
|---|---|---|---|
| Improvement #1:  1 FAM DWELLING | Improvement Value:  $ 83,268 | | Main Area:  764 sqft |
| State Code:  A1 | Description:  1 FAM DWELLING | | Gross Building Area:  861 sqft |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year Built | SQFT |
|---|---|---|---|---|---|---|---|
| 1ST | 1st Floor | R6 | | 0 | 1937 | 1937 | 764 |
| 011 | PORCH OPEN 1ST F | R6 | | 0 | 1937 | 1937 | 96 |
| 251 | BATHROOM | R6 | | 0 | 1937 | 1937 | 1 |

**Improvement Features**

| | |
|---|---|
| 1ST A | Roof Style: **GABLE**    Floor Factor: **1ST**    Shape Factor: **L**    Roof Covering: **WOOD SHINGLE**    Grade Factor: Foundation: **PIER AND BEAM** |

| | | | |
|---|---|---|---|
| Improvement #2:  1 FAM DWELLING | Improvement Value:  $ 37,204 | | Main Area:  1,234 sqft |
| State Code:  A1 | Description:  1 FAM DWELLING | | Gross Building Area:  1,611 sqft |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year Built | SQFT |
|---|---|---|---|---|---|---|---|
| 1ST | 1st Floor | R6 | | 0 | 1937 | 1937 | 1,234 |
| 031 | GARAGE DET 1ST F | R6 | | 0 | 1937 | 1937 | 352 |
| 011 | PORCH OPEN 1ST F | R6 | | 0 | 1937 | 1937 | 24 |
| 251 | BATHROOM | R6 | | 0 | 1937 | 1937 | 1 |

**Improvement Features**

| | |
|---|---|
| 1ST | Roof Style: **GABLE**    Floor Factor: **1ST**    Roof Covering: **COMPOSITION SHINGLE**    Shape Factor: **L**    Grade Factor: **S**    Foundation: **PIER AND BEAM** |

| | | | |
|---|---|---|---|
| Improvement #3:  1 FAM DWELLING | Improvement Value:  $ 17,383 | | Main Area:  544 sqft |
| State Code:  A1 | Description:  1 FAM DWELLING | | Gross Building Area:  545 sqft |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year Built | SQFT |
|---|---|---|---|---|---|---|---|
| 1ST | 1st Floor | R6 | | 0 | 1935 | 1935 | 544 |

| Type | Description | Class CD | Exterior Wall | Number of Units | EFF Year Built | Year Built | SQFT |
|------|-------------|----------|---------------|-----------------|----------------|------------|------|
| 251 | BATHROOM | R6 | | 0 | 1935 | 1935 | 1 |

**Improvement Features**

| | |
|---|---|
| 1ST | Roof Style: **GABLE**    Floor Factor: **1ST**    Roof Covering: **COMPOSITION SHINGLE**    Shape Factor: **L**    Grade Factor: **S**    Foundation: **PIER AND BEAM** |

## Land

| Land | Description | Acres | SQFT | Cost per SQFT | Market Value | Special Use Value ⓘ |
|------|-------------|-------|------|---------------|--------------|---------------------|
| LAND | Land | 2.0113 | 87,611.80 | 13.70 | 1,200,000 | 0 |

## Deed History

| Deed Date | Type | Description | Grantor/Seller | Grantee/Buyer | Book ID | Volume | Page | Instrument |
|-----------|------|-------------|----------------|---------------|---------|--------|------|------------|

Powered by<**True Prodigy**>

**2025 NOTICE OF APPRAISED VALUE**

This is NOT a Tax Statement. Do Not Pay From This Notice

**TRAVIS CENTRAL APPRAISAL DISTRICT**
**850 E ANDERSON LANE**
**P.O. Box 149012**
**Austin, Texas 78714-9012**
Phone: (512) 834-9138

Date of Notice: April 11, 2025

#BWNNRFT
#187000014194047727971#

REICHERT BEAU
1145 PERRY RD
AUSTIN TX 78721-3113

**Property ID:** 772797
**Ownership %:** 100.00
**Ref ID2:** 02042008440000
**Legal:** ABS 22 SUR 29 TANNEHILL J C ACR 2.0113
**Legal Acres:** 2.0113
**Situs:** 1145 PERRY RD AUSTIN 78721
**Owner ID:** 1419404

1419404

**E-File PIN: xxxxxxxxxx**
To File a Protest on this Property go to
https://www.traviscad.org/protests

Dear Property Owner:
We have appraised the property listed above for the tax year 2025.  As of January 1, our appraisal is outlined below.

| Market Value | Net Appraised Value<br>(Includes Value Limitation, if Applicable) |
|---|---|
| 1,337,855 | 706,667 |

| Taxing Unit | 2024 Exemption | 2024 Exemption Amount | 2025 Exemption | 2025 Exemption Amount | Exemption Amount Change | 2024 Taxable | 2025 Taxable | Freeze Year and Ceiling |
|---|---|---|---|---|---|---|---|---|
| AUSTIN COMM COLL DIST | HS | 6,424 | HS | 7,067 | 643 | 636,001 | 699,600 | |
| AUSTIN ISD | HS | 100,000 | HS | 100,000 | 0 | 542,425 | 606,667 | |
| CITY OF AUSTIN | HS | 128,485 | HS | 141,333 | 12,848 | 513,940 | 565,334 | |
| TRAVIS COUNTY | HS | 128,485 | HS | 141,333 | 12,848 | 513,940 | 565,334 | |
| TRAVIS COUNTY HEALTHCARE DISTRICT | HS | 128,485 | HS | 141,333 | 12,848 | 513,940 | 565,334 | |

If you are claiming an over 65 or disabled person exemption on your school district taxes, the taxes on your property cannot increase during the time you own and live in that home. Your school district taxes will not go above your tax ceiling unless you improve the home (other than normal repairs and maintenance). If you improve your property (by adding rooms or buildings) or are transferring a freeze percentage from another property, your ceiling amount may increase from prior years.

Enclosed are copies of the following documents published by the Texas Comptroller of Public Accounts: (1) Notice of Protest and (2) Taxpayer Assistance Pamphlet.

# A Breakdown of Your Property's Values

| Appraisal Information | Last Year's - 2024 | Proposed - 2025 |
|---|---|---|
| Market Value of Building & Other Structures | 202,150 | 137,855 |
| Market Value of Non Ag/Timber Land | 1,200,000 | 1,200,000 |
| Market Value of Ag/Timber Land | 0 | 0 |
| Market Value of Personal Property/Minerals | 0 | 0 |
| Total Market Value | 1,402,150 | 1,337,855 |
| Productivity Value of Ag/Timber Land | 0 | 0 |
| Appraised Value | 1,402,150 | 1,337,855 |
| Homestead Value Limitation | 759,725 | 631,188 |
| Circuit Breaker Value Limitation | 0 | 0 |
| *Net Appraised Value (Possible Homestead or Circuit Breaker Limitations)* | 642,425 | 706,667 |
| Exemptions (DV - Disabled Vet; DP - Disabled Person; HS - Homestead; OV65 - Over 65) | HS | HS |

*The Net Appraised Value of properties with a homestead exemption is limited to the lower of last year's net appraised value plus 10% or the current market value. (Texas Property Tax Code, Section 23.23).  The Net Appraised Value of real properties without a homestead exemption and whose value is less than $5 million is limited to the lower of last year's net appraised value plus 20% or the current market value. (Texas Property Tax Code, Section 23.231)*

Under Section 23.231, Tax Code, for the 2024, 2025, and 2026 tax years, the appraised value of real property other than a residence homestead for ad valorem tax purposes may not be increased by more than 20 percent each year, with certain exceptions. The circuit breaker limitation provided under Section 23.231, Tax Code, expires December 31, 2026. Unless this expiration date is extended by the Texas Legislature, beginning in the 2027 tax year, the circuit breaker limitation provided under Section 23.231, Tax Code, will no longer be in effect and may result in an increase in ad valorem taxes imposed on real property previously subject to the limitation.

***The Texas Legislature does not set the tax amount of your local taxes. Your property tax burden is decided by your locally elected officials and all inquiries concerning your taxes should be directed to those officials.***

The appraisal district only determines the value of the property. Budgets and tax rates are set by the governing body of each taxing unit. Taxpayers have a voice in the decisions that affect those rates. In early August, taxing units take the first step toward adopting a tax rate by calculating No New Revenue and Voter Approval tax rates. If a taxing unit increases their budget, they will need to increase your property taxes and adopt a tax rate higher than the No New Revenue rate. Visit TravisTaxes.com in early August to review how these proposals will impact your property tax bill and learn about opportunities to voice your opinion on these decisions.

The difference between the 2020 appraised value and the 2025 appraised value is 87%.  This percentage information is required by Tax Code Section 25.19(b-1).

**If you believe your property's market value is incorrect, you have the right to file a protest.**

To file a protest, complete the notice of protest form included in this mailing and submit it to the Appraisal Review Board no later than **May 15, 2025**. Forms and any evidence you would like considered can be submitted online, at the mailing address below, or dropped off in person.

**Submit Your Protest No Later Than May 15, 2025**

**Mailing Address:** Travis Appraisal Review Board, PO Box 149012, Austin, TX 78714-9012
**Drop off in person:** 850 E Anderson Lane, Austin, TX 78752
**Online:** www.traviscad.org/protests

Informal meetings will be available by phone or online starting April 21, 2025.  Property owners can schedule themselves for an informal meeting at their convenience using the information available at traviscad.org/informals.

Formal hearings before the Appraisal Review Board will begin **June 2, 2025** and may be attended by phone, online, or in person at 850 E Anderson Lane, Austin, TX 78752.

Property owners will receive information on their scheduled hearing via mail or through our online portal located at traviscad.org/portal.

Please visit **www.traviscad.org/protests** for more information on filing a protest, informal meetings, and formal hearings.

If your property is valued over $61 million and is commercial real and personal property, industrial and manufacturing real and personal property, real and personal property of utilities, or multifamily residential real property, you have the right to have a protest related to this property heard by a special panel of the Appraisal Review Board. If you have any questions or need more information, contact the Appraisal District at (512) 834-9138.

# Description of Exemptions

Please see a brief explanation of these total or partial exemption of property from taxation required or authorized by the Property Tax Code.

**General Residence Homestead Exemption (HS) -** (Tax Code Section 11.13(a) and (b))
A property owner who acquires property after Jan. 1 may receive the residence homestead exemption for the applicable portion of that tax year immediately on qualification of the exemption, if the previous owner did not receive the same exemption for the tax year. The property owner must occupy the property as the owner's primary residence and the residence homestead exemption cannot be claimed by the property owner on any other property.

**Disabled Person Exemption (DP) -** (Tax Code Section 11.13(c) and (d))
Persons under a disability for purposes of payment of disability insurance benefits under Federal Old-Age, Survivors, and Disability Insurance. Property owners not identified on a deed or other instrument recorded in the applicable real property records as an owner of the residence homestead must provide an affidavit or other compelling evidence establishing the applicant's ownership interest in the homestead. (See Form 50-114-A) An eligible disabled person age 65 or older may receive both exemptions in the same year, but not from the same taxing units. Contact the appraisal district for more information.

**Surviving Spouse of a Disabled Person (DPS)**
Surviving spouse of a person who qualified for the disabled persons exemption may receive this exemption if the surviving spouse was 55 years of age or older when the qualifying spouse died. The property must have been the surviving spouse's residence homestead at the time of death. Contact the appraisal district for more information.

**Age 65 or Older Exemption (OV65) -** (Tax Code Section 11.13(c) and (d))
This exemption is effective Jan. 1 of the tax year in which the property owner becomes age 65. Property owners not identified on a deed or other instrument recorded in the applicable real property records as an owner of the residence homestead must provide an affidavit or other compelling evidence establishing the applicant's ownership interest in the homestead. (See Form 50-114-A) An eligible disabled person age 65 or older may receive both exemptions in the same year, but not from the same taxing units. Contact the appraisal district for more information.

**Surviving Spouse of an Individual Who Qualified for Age 65 or Older Exemption (OV65S) -** (Tax Code Section 11.13(q))
Surviving spouse of person who qualified for the age 65 or older exemption may receive this exemption if the surviving spouse was 55 years of age or older when the qualifying spouse died. The property must have been the surviving spouse's residence homestead at the time of death and remain the surviving spouse's residence homestead. This exemption cannot be combined with an exemption under 11.13(d).

**100 Percent Disabled Veterans Exemption (DVHS) -** (Tax Code Section 11.131(b))
Property owner who has been awarded a 100 percent disability compensation due to a service-connected disability and a rating of 100 percent disabled or individual unemployability from the U.S. Department of Veterans Affairs or its successor. Documentation must be provided to support this exemption request.

**Surviving Spouse of a Disabled Veteran Who Qualified or Would Have Qualified for the 100 Percent Disabled Veteran's Exemption (DVHSS) -** (Tax Code Section 11.131(c) and (d)) Surviving spouse of a disabled veteran (who qualified for an exemption under Tax Code Section 11.131(b) at the time of his or her death or would have qualified for the exemption if the exemption had been in effect on the date the disabled veteran died) who has not remarried since the death of the veteran. The property must have been the surviving spouse's residence homestead at the time of the veteran's death and remain the surviving spouse's residence homestead.

**Donated Residence Homestead of Partially Disabled Veteran (DVCH) -** Tax Code Section 11.132(b))
A disabled veteran with a disability rating of less than 100 percent with a residence homestead donated by a charitable organization at no cost or at some cost that is not more than 50 percent of the good faith estimate of the market value of the residence homestead as of the date the donation is made. Documentation must be provided to support this exemption request.

**Surviving Spouse of a Disabled Veteran Who Qualified for the Donated Residence Homestead Exemption (DVCHS) -** (Tax Code Section 11.132(c) and (d))Surviving spouse of a disabled veteran (who qualified for an exemption under Tax Code Section 11.132(b) at the time of his or her death) who has not remarried since the death of the disabled veteran and maintains the property as his or her residence homestead.

**Surviving Spouse of  an Armed Services Member Killed in the Line of Duty  (MASSS) -** (Tax Code Section 11.133(b) and (c))
Surviving spouse of a U.S. armed services member who is killed or fatally injured in the line of duty who has not remarried since the death of the service member. Documentation must be provided to support this exemption request.

**Surviving Spouse of a First Responder Killed in the Line of Duty (FRSS) -** (Tax Code Section 11.134)
Surviving spouse of a first responder who is killed or fatally injured in the line of duty who has not remarried since the death of the first responder. Documentation must be provided to support this exemption request.

*Exhibit "D"*



C  **CAMERON STAN...** ⌄   ⋮

This is the beautiful ranch we have
for sale in New Braunfels/Canyon Lake.

https://www.land.com/property/10700-FM306-Canyon-Lake-Texas-78133/16824566/

I was thinking,
if anyone, surely
you might know
someone who is

  +  



**Kristen H. Hoyt, PCAC**
COMAL COUNTY TAX ASSESSOR/COLLECTOR
205 N. Seguin Avenue
New Braunfels, TX 78130
(830) 221-1353

# 2025+ Tax Statement

### Property Account Number:
## 24952

| | |
|---|---|
| Statement Date: | 11/13/2025 |
| Owner: | REICHERT BEAU D & DUSTIN C REI |
| Mailing Address: | 500 W SUMMIT DR |
| | WIMBERLEY TX 78676-3355 |

| | |
|---|---|
| Property Location: | 0010700 FM 306 |
| Acres: | 0 |
| Legal Description: | EDEN RANCH 2 |
| | LOT 40 |

Exemptions:

| IMPROVEMENT VALUE | LAND MARKET VALUE | NON-HOMESITE IMPRV | NON-HOMESITE LAND | AG VALUE | MINERAL VALUE | PERSONAL PROPERTY | TOTAL MARKET VALUE |
|---|---|---|---|---|---|---|---|
| 0 | 716,625 | 0 | 716,625 | 0 | 0 | 0 | 716,625 |

| Taxing Entities | Exemption Amount | Taxable Value | Tax Rate Per $100 | Base Tax |
|---|---|---|---|---|
| COMAL COUNTY | 0 | 716,625 | 0.269000 | 1927.72 |
| COMAL COUNTY LATERAL | 0 | 716,625 | 0.036015 | 258.09 |
| COMAL ISD | 0 | 716,625 | 1.074800 | 7702.29 |
| ESD 2 | 0 | 716,625 | 0.056167 | 402.51 |
| ESD 3 | 0 | 716,625 | 0.063791 | 457.14 |
| | | | **TOTAL BASE TAX** | **10,747.75** |
| | | | **Total Amount Due** | **10,747.75** |

**\*ADDITIONAL COUNTY SALES TAX REDUCED YOUR COUNTY AD VALOREM TAX BY $1969.26.**

↓ Detach ↓
Return With Payment

   

Visit our website for online credit card payments.



24952                    CCAD

| 2025 +Tax Statement |
|---|
| 11/13/2025 |

| Property Account Number |
|---|
| 24952 |

| Total Amount Due | $10,747.75 |
|---|---|

| IF PAID IN | AMOUNT DUE |
|---|---|
| DEC | 10,747.75 |
| JAN | 10,747.75 |
| FEB | 11,500.10 |
| MAR | 11,715.05 |
| APR | 11,930.00 |
| | 12,144.96 |

| **Please Make Checks Payable To:** |
|---|
| **Kristen H. Hoyt, PCAC** |
| **Tax Assessor-Collector** |

REICHERT BEAU D & DUSTIN C REICHERT
500 W SUMMIT DR
WIMBERLEY TX 78676-3355



● FOR SALE

**$1,899,000 · 36.5 Acres**
10700 FM306, Canyon Lake, TX 78133 - Comal County

`Recreational`  `Residential`  `Hunting`

Contact Seller

# Canyon Lake 36.5 Acres

*Click video below for a must see video of this property* An extremely rare opportunity to own 36.5 acres of stunning hill country land with panoramic views just 5 minutes from Canyon Lake and all the amenities the area has to offer. This property can be subdivided and is made up of 2 contiguous tracts. The larger is a 25 acre parcel located in highly sought after Eden Ranch. The 2nd is an 11.5 acre parcel located outside of Eden Ranch and allows for commercial use on the first 500 ft fronting FM 306 totaling approximately 2.8 acres of the 11.5. Both tracts have very light deed restrictions and allow multiple dwellings. The views from the hilltop building site are absolutely breathtaking and look across the valley toward Canyon Lake as well as back up the valley. Bring your boat and enjoy the lake from the boat launch just over 5 miles away! This property is perfectly located and can be reached from San Antonio and Austin in just under 1 hour and Houston in just over 3-1/2 hours. The hilltop building site already has a well in place as well as electricity. The land itself is extremely diverse and offers upland views, creek bottom and a variety of timber species with over 100 feet of elevation change. You will be very hard pressed to find a more unique piece of land. For the outdoor enthusiasts there is an abundance of wildlife including whitetail deer, turkeys, fox, bobcats and coyotes. A wet weather creek bisects the land and is fed by a hillside spring. There is an existing system of trails that ensure you will have access to, and enjoyment of the entire property.

## Activities

| | |
|---|---|
| 🦌 Hunting | 🚙 Off-roading |

## Property Features



 **Jordon Russell**
Live Texan Realty

 



# $1,899,000

10700 FM 306, New Braunfels, TX 78132

| **2** | **1** | **--** |
|:---:|:---:|:---:|
| beds | baths | sqft |

Est.: **$11,203/mo** **Get pre-qualified**

| Farm | Built in ---- | 36.5 Acres Lot |
|---|---|---|
| $-- Zestimate® | $--/sqft | $-- HOA |

---

## What's special

**CREEK BOTTOM**    **BOAT LAUNCH**    **PANORAMIC VIEWS**    **UPLAND VIEWS**

**VARIETY OF TIMBER SPECIES**    **HILLTOP BUILDING SITE**    **WET WEATHER CREEK**

An extremely rare opportunity to own 36.5 acres of stunning hill country land with panoramic views just 5 minutes from Canyon Lake and all the amenities Canyon City has to offer. The views from the hilltop building site are absolutely breathtaking and look across the valley toward Canyon Lake as well as back up the valley. You can even bring your boat and enjoy the lake from the boat launch just over 5 miles

ᐯ **Show more**

**231 days** on Zillow  |  **131** views  |  **3** saves

Zillow last checked: 1 hour ago

Listing updated: September 26, 2025 at 11:31am

Also listed on Unlock MLS

Listed by: Natalie Russell TREC #528802 (512) 285-0557, Live Texan Realty

Source: LERA MLS,  MLS#: 1679613    

*Exhibit "E"*

Monthly Summary - MAY 2024

| Employee | Date | Activity | Description |
|---|---|---|---|
| Cameron Stangel | Wednesday, May 1, 2024 | Pre-Travel Coordination | Research for Australia |
| | Thursday, May 2, 2024 | Pre-Travel Coordination | Research for Australia |
| | Friday, May 3, 2024 | Pre-Travel Coordination | Research for Australia |
| | Saturday, May 4, 2024 | Pre-Travel Coordination | Research for Australia |
| | Sunday, May 5, 2024 | Pre-Travel Coordination | Research for Australia |
| | Monday, May 6, 2024 | Pre-Travel Coordination | Research for Australia |
| | Tuesday, May 7, 2024 | Pre-Travel Coordination | Research for Australia |
| | Wednesday, May 8, 2024 | Pre-Travel Coordination | Research for Australia |
| | Thursday, May 9, 2024 | Pre-Travel Coordination | Research for Australia |
| | Friday, May 10, 2024 | Pre-Travel Coordination | Research for Australia |
| | Saturday, May 11, 2024 | Pre-Travel Coordination | Research for Australia |
| | Sunday, May 12, 2024 | Pre-Travel Coordination | Research for Australia |
| | Monday, May 13, 2024 | Pre-Travel Coordination | Research for Australia |
| | Tuesday, May 14, 2024 | Active Travel | Austin; Travel to Midland |
| | Wednesday, May 15, 2024 | Active Travel | Midland; Travel to LA, Four Seasons LA |
| | Thursday, May 16, 2024 | Active Travel | Four Seasons LA |
| | Friday, May 17, 2024 | Active Travel | Four Seasons LA; Travel to Catalina Island 4PM |
| | Saturday, May 18, 2024 | Active Travel | Catalina Island |
| | Sunday, May 19, 2024 | Active Travel | Catalina Island |

| Employee | Date | Activity | Description |
|---|---|---|---|
| | Monday, May 20, 2024 | Active Travel | Catalina Island; Travel to Four Season LA |
| | Tuesday, May 21, 2024 | Active Travel | Four Seasons LA |
| | Wednesday, May 22, 2024 | Active Travel | Four Seasons LA |
| | Thursday, May 23, 2024 | Active Travel | Four Seasons LA; Travel to Reno |
| | Friday, May 24, 2024 | Active Travel | Reno |
| | Saturday, May 25, 2024 | Active Travel | Reno |
| | Sunday, May 26, 2024 | Active Travel | Reno; Travel to Lake Tahoe Hyatt |
| | Monday, May 27, 2024 | Active Travel | Lake Tahoe Hyatt |
| | Tuesday, May 28, 2024 | Active Travel | Lake Tahoe Hyatt; Travel to Mendocino |
| | Wednesday, May 29, 2024 | Active Travel | Mendocino |
| | Thursday, May 30, 2024 | Active Travel | Mendocino; Travel to Four Seasons Napa |
| | Friday, May 31, 2024 | Active Travel | Four Seasons Napa |
| | | | |
| | **Totals** | | |
| | Days Worked "Pre-Travel Coordination" | 13 | |
| | Days Worked "Active Travel" | 18 | |
| | **Total Days Worked MAY** | 31 | |

## Monthly Summary - JUNE 2024

| Employee | Date | Activity | Description |
|---|---|---|---|
| **Cameron Stangel** | Saturday, June 1, 2024 | Active Travel | Four Seasons Napa; Travel to Mercey Hot Springs |
| | Sunday, June 2, 2024 | Active Travel | Mercey Hot Springs; Travel to Four Seasons LA |
| | Monday, June 3, 2024 | Active Travel | Four Seasons LA |
| | Tuesday, June 4, 2024 | Active Travel | Four Seasons LA; Travel to Tucson |
| | Wednesday, June 5, 2024 | | |
| | Thursday, June 6, 2024 | | |
| | Friday, June 7, 2024 | | |
| | Saturday, June 8, 2024 | | |
| | Sunday, June 9, 2024 | | |
| | Monday, June 10, 2024 | | |
| | Tuesday, June 11, 2024 | | |
| | Wednesday, June 12, 2024 | Pre-Travel Coordination | Research for NM, CO, WY, SD, MT, ID, UT, NV Trip |
| | Thursday, June 13, 2024 | Pre-Travel Coordination | Research for NM, CO, WY, SD, MT, ID, UT, NV Trip |
| | Friday, June 14, 2024 | Pre-Travel Coordination | Research for NM, CO, WY, SD, MT, ID, UT, NV Trip; Travel book made |
| | Saturday, June 15, 2024 | Pre-Travel Coordination | Pick up Dry Cleaning and Package from Four Seasons LA |
| | Sunday, June 16, 2024 | | |
| | Monday, June 17, 2024 | | |
| | Tuesday, June 18, 2024 | | |
| | Wednesday, June 19, 2024 | | |
| | Thursday, June 20, 2024 | | |
| | Friday, June 21, 2024 | | |
| | Saturday, June 22, 2024 | | |

| Employee | Date | Activity | Description |
|---|---|---|---|
|  | Sunday, June 23, 2024 |  |  |
|  | Monday, June 24, 2024 |  |  |
|  | Tuesday, June 25, 2024 |  |  |
|  | Wednesday, June 26, 2024 |  |  |
|  | Thursday, June 27, 2024 |  |  |
|  | Friday, June 28, 2024 | Pre-Travel Coordination | Georgia Research |
|  | Saturday, June 29, 2024 | Pre-Travel Coordination | Georgia Research |
|  | Sunday, June 30, 2024 |  |  |
|  |  |  |  |
|  |  |  |  |
|  | **Totals** |  |  |
|  | Days Worked "Pre-Travel Coordination" | 6 |  |
|  | Days Worked "Active Travel" | 4 |  |
|  | **Total Days Worked JUNE** | 10 |  |