**BURRIS & MACOMBER, PLLC**
2478 East River Road
Tucson, Arizona 85718
Telephone:   (520) 775-2000
Facsimile:   (520) 775-2001

**D. Rob Burris, Esq.**
State Bar No. 024961
Email: rob@burrismacomber.com

**Jeremy T. Shorbe**
State Bar No. 026920
Email: jeremy@burrismacomber.com
*Attorneys for Defendant Jeffrey Lindsay*

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cameron Stangel, | Case No. CV-25-471-JCH |
| Plaintiff, | **FIRST STIPULATED MOTION TO EXTEND DEADLINES** |
| v. | |
| Jeffery Lindsay, | Hon. John C. Hinderaker |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 6(b) and LRCiv. P. 6.1 & 7.3, the Parties, by and through undersigned counsel, having conferred in good faith, hereby move for a FIRST order extending their respective deadlines pertaining to Defendants Motion to Dismiss ("MtD"), whereby Plaintiff must file her responsive pleading to the MtD no later than December 31, 2025, and whereby Defendant must file his reply thereto no later than January 15, 2026. The Parties' request is made in good faith and not meant to cause delay.

RESPECTFULLY SUBMITTED this 21st day of November 2025.

| | |
|---|---|
| **BURRIS & MACOMBER, PLLC** | **SILENCE LAW GROUP PLLC** |
| */s/ Jeremy T. Shorbe* | */s/ Trevor Cook* |
| D. Rob Burris, Esq. | Trevor Cook, Esq. |
| Jeremy T. Shorbe, Esq. | Jeffrey Silence, Esq. |
| *Attorneys for Defendant* | James Burr Shields, Esq. |
| | *Attorneys for Plaintiff* |

ORIGINAL e-filed this
21st day of November 2025 to:

Clerk of the United States District Court
405 West Congress Street, Suite 1500
Tucson, AZ 85701

Copy of the foregoing to be e-served
this 21st day of November 2025 to:

Silence Law Group, PLLC
20235 N. Cave Creek Rd., Ste. 104 # 460
Phoenix, AZ 85204
Jeffrey Silence, Esq.
jeff@silencelaw.com
Trevor Cook, Esq.
trevor@silencelaw.com

Shields Petitti & Zoldan, PLC
James Burr Shields
burr@shieldspetitti.com
*Attorneys for Plaintiff*

By: */s/Jo Lynn Goldener*