IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cameron Stangel, | Case No. CV-25-471-JCH |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| Jeffery Lindsay, | Hon. John C. Hinderaker |
| Defendant. | |

THE COURT, having reviewed the Parties' FIRST motion to extend deadlines relating to Defendant's Motion to Dismiss, and good cause appearing,

IT IS HEREBY ORDERED granting the motion. Plaintiff shall have up to and including December 31, 2025, to file a response to the Motion to Dismiss, and Defendant shall have up to and including January 15, 2025, to file his reply thereto.