# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cameron Stangel,<br><br>    Plaintiff,<br><br>v.<br><br>Jeffery Lindsay,<br><br>    Defendant. | No. CV-25-00471-TUC-JCH<br><br>**ORDER** |

Before the Court is the Parties' First Stipulated Motion to Extend Deadlines (Doc. 9). Good cause appearing,

**IT IS ORDERED GRANTING** the Parties' Motion (Doc. 9). Plaintiff must file her Response to Defendant's Motion to Dismiss (Doc. 8) no later than **December 31, 2025**, and Defendant must file his Reply no later than **January 15, 2026**.

Dated this 1st day of December, 2025.

John C. Hinderaker
United States District Judge