1
2
3
4
5
6                    **UNITED STATES DISTRICT COURT**
7                      **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| 8   Cameron Stangel, | Case No.  CV-25-471-JCH |
| 9          Plaintiff, | |
| 10     v. | **ORDER GRANTING PLAINTIFF LEAVE TO AMEND** |
| 11  Jeffery Lindsay, | |
| 12         Defendant. | (Hon. John C. Hinderaker) |
| 13 | |

14
15    This Court has considered Plaintiff's Motion for Leave to Amend and, pursuant to
16 Federal Rule of Civil Procedure 15(a)(2),
17    IT IS ORDERED granting Plaintiff's Motion for Leave to Amend.
18    IT IS FURTHER ORDERED that Plaintiff file her Second Amended Complaint
19 within 14 days of the filing of this Order.
20
21
22
23
24
25
26
27
28