1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SILENCE LAW GROUP

**EXHIBIT INDEX**

PLAINTIFF'S RESPONSE IN OPPOSITION TO DEFENDANT LINDSAY'S
MOTION TO DISMISS FIRST AMENDED COMPLAINT

**Exhibit A**          **Declaration of Cameron Stangel**

                       A-1 "Home" Texts

                       A-2 Lease Agreement

                       A-3 Texts between Stangel in Bisbee and
                       Lindsay

                       A-4 Garment Bag Delivery Texts

                       A-5 FedEx Proof of Delivery to Bisbee

                       A-6 Travel Itineraries Including Tucson

                       A-7 Passport Health Tucson Confirmation

                       A-8 APS Electricity Bills

                       A-9 Water Bill Payment Receipts

                       A-10 Southwest Gas Bills

**Exhibit B**          **Declaration of Beau Reichert**

**Exhibit C**          **Excerpts of Eviction Hearing Transcript**

# EXHIBIT A

# Declaration of Cameron Stangel

1.      I am over the age of 18 and have personal knowledge of the facts in this Declaration unless otherwise stated.

2.      I have lived in Bisbee since approximately June 2024, shortly after signing the Employment Agreement on April 12, 2024.

3.      My partner, Beau Reichert, and I dreamed for many years of starting a nonprofit foundation promoting the art of photography.

4.      We searched the country for an ideal location where we could settle and start and operate our foundation.

5.      We were in the middle of that search when I first learned of the "Fire House" property at 6 Naco Rd., Bisbee, AZ ("the Property"), in 2022.

6.      While we toured a photography gallery in Flagstaff in November 2022, someone recommended we check out Bisbee as a possible location, and we drove there after we left Flagstaff.

7.      We found the Property on that first visit and loved it. It met all our needs. It had large open spaces where we could keep photography equipment to store and use and accommodate visitors for educational functions. It also had a ready living space on the

second floor that would not require extensive renovations before we could move in. It was zoned properly so we could use it both as home and a base for the foundation. It was in a scenic location with an up-and-coming arts community.

8.    We did not have the cash to purchase the Property but started planning ways we might raise the money.

9.    We planned to sell our ranch in Texas to help fund our purchase of the Property, starting our foundation, and making a new start in Bisbee.

10.    In October 2023, Beau and I rented a booth space at the Round Top Antiques Festival in Round Top, Texas, to sell items and raise money toward our plan to purchase the Property and start our foundation. There, we met Jeffery Lindsay ("Lindsay").

11.    I told Lindsay about our plans to move to Bisbee and start our foundation, and he seemed very interested. He asked lots of questions about our plans for the foundation and how we planned to pay for everything. He said he might be able to help us find a buyer for our ranch, and we exchanged cell phone numbers.

12.    We texted off and on and met up again in March 2024. He again expressed interest in helping us move into the Property and start the foundation.

13.    Three days later, Lindsay texted me to suggest he might pay me to accompany and assist him on his travels all around the world. I called him back, and he proposed the

possibility of a job where I would assist him with travel arrangements in return for his buying me the Property.

14.    I believed his generosity was motivated by the intended nonprofit use of the Property and that he was being philanthropic. Even then, it sounded too good to be true.

15.    But Lindsay opened an escrow account to purchase the Property. Meanwhile, I renewed my passport, connected Lindsay with the realtor, and made plans with Lindsay to meet in Bisbee to sign an employment agreement.

16.    Beau and I arrived at the Fire House on the evening of April 10, 2024, and Lindsay arrived the following day. When we arrived, I texted Lindsay a picture of the living area and told him, "We're home!!" Lindsay replied asking if it felt "right" and "good." I texted that it was perfect and "[f]eels like home." The attached **Exhibit 1** is a true and correct copy of those text messages.

17.    During April 11 and April 12, Lindsay and I were constantly on the phone hashing out the details of my employment. He started demanding stricter terms than we had talked about before we came to Bisbee. I was worried about the quantity of time he wanted to require me to accompany him on travels because of how long it would keep me away from home and from working on the foundation.

18.    The contract negotiations were intense and moved very quickly. He did not give me any time to have a lawyer look at the contract and stated many times that this was only between me and him and no one else needed to know about "our business."

19.    Lindsay and I originally talked about my spending a year in the position, but he suddenly upped it to six. He originally proposed the Property would be in my name but later changed to having it transferred at the end of the term of the agreement. We went back and forth on the details of the agreement, including the length of the contract term, how many days I would have to work or travel during that time, and whether I would receive immediate title to the property or how it would be transferred at the termination of the contract.

20.    We finally negotiated the term to be three years or 520 work days, whichever came first. He agreed I could and would work from the Property when planning trips.

21.    I drafted an employment agreement, and as Lindsay and I negotiated, I kept revising it to update the terms. I was staying in the Property during these negotiations, and Lindsay was staying in Bisbee at an Airbnb.

22.    On April 12, 2024, Lindsay picked Beau and me up at the Property so we could all drive to Pioneer Title together. As we drove, I became uneasy and asked Lindsay to pull over so we could continue negotiating some terms because I was feeling unsure about everything. Lindsay pulled over, and Beau exited the vehicle so we could discuss the terms in private. This was when we agreed to the term of the agreement being three years or 1.5 years of travel coordination work, whichever came first.

23.    At Pioneer Title, we signed and notarized the final employment agreement, and Lindsay signed the purchase documents for the property. The Employment Agreement attached to Defendant's Motion to Dismiss is a true and correct copy of the agreement.

24.    Days later, after Lindsay and we had left Bisbee, Lindsay called me and asked me to draft a lease agreement for the Property. For some reason, Lindsay insisted it be between him and Beau only. This was strange because he knew I would be living in the Property when not traveling with him. Attached as **Exhibit 2** is a true and correct copy of the signed lease agreement.

25.    Beau moved our household to Bisbee in May 2024, while I was traveling with Lindsay as his travel coordinator. But when the trip ended, I flew home to Tucson and joined Beau at the Property in Bisbee. When I accompanied Lindsay on trips as travel coordinator, I always returned home to Bisbee through our nearest major airport in Tucson. Once I left for a trip as travel coordinator from San Diego, where I was visiting my mom who lives there. Other than that, I always departed for work trips from Bisbee through Tucson. When not traveling with Lindsay, I performed my travel coordinator work remotely, almost always from the Property.

26.    After we signed the Employment Agreement, Lindsay knew I lived in the Property. We talked about my home being in Bisbee, both in person, on the phone, and by text.

27.    **Exhibit 3** is a true and correct copy of some text messages between me and Lindsay sent between June and August 2024 in which I send him pictures and updates from my home in Bisbee.

28.    **Exhibit 4** is a true and correct copy of text messages between us in which we talk about him mailing me a garment bag via FedEx and my receiving it.

29.    **Exhibit 5** is a true and correct copy of the proof of residential delivery to Bisbee with the tracking number corresponding to the one Lindsay sent me in Exhibit 4.

30.    While working as Lindsay's travel coordinator, I reported all travel expenses and sent associated receipts and invoices to Lindsay's personal assistant, Crystal Slade. I sent Crystal all my flight itineraries and receipts that showed I was flying into and out of Tucson. Lindsay knew I was flying into and out of Tucson because it would come up in conversation when I was with him. **Exhibit 6** is true and correct copies of various receipts and itineraries for flights I took as Lindsay's travel coordinator and an associated hotel stay that show my departures and arrivals at the Tucson airport.

31.    Lindsay had me sign up for a travel health consultation with a company called Passport Health in August 2024. I signed up for, booked, and attended an appointment in Tucson, the nearest location available to my home in Bisbee. **Exhibit 7** is a true and correct copy of the booking receipt I received by email.

32.     From the first time I returned home to Bisbee in June 2024 until today, I have only been in Texas twice: March 21 to April 14, 2025 (three weeks and two days), and October 17 to 19, 2025 (two nights and one full day).

33.     I do not work in Texas. My role in the business of the Sekrit Theater is limited. I occasionally assist with marketing and social media strategy, which I do remotely, typically from the Property. I want to work primarily in Arizona for my and Beau's nonprofit foundation.

34.     Since moving into the Property, I have paid all utility bills for the Property.

35.     **Exhibit 8** is true and correct copies of my first three APS electric bills for the Property. The bills show my name as account holder, the address of the Property, and electricity used from mine and Beau's living there.

36.     **Exhibit 9** is a true and correct copy of recent payment receipts for payments I sent through my personal bank account to pay the water bill for the Property, which are in amounts that reflect mine and Beau's water usage while living there. The bill is in the name of Jeffery A. Lindsay, but I pay it every month.

37.     **Exhibit 10** is true and correct copies of three months of Southwest Gas bills showing my name and address—the Property's address—on the account, and showing gas usage reflective of mine and Beau's living on the Property.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___12/30/2025___.

Cameron Stangel (Dec 30, 2025 09:14:36 MST)

Cameron Stangel

# Ex A - Stangel Declaration

Final Audit Report                                                    2025-12-30

| | |
|---|---|
| Created: | 2025-12-30 |
| By: | Trevor Cook (trevor@silencelaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAPbWOwuU1dFtkA8x3KSgbHfk6LjGmRaCG |

## "Ex A - Stangel Declaration" History

Document created by Trevor Cook (trevor@silencelaw.com)
2025-12-30 - 4:12:04 PM GMT

Document emailed to Cameron Stangel (cameronstangels@gmail.com) for signature
2025-12-30 - 4:12:08 PM GMT

Email viewed by Cameron Stangel (cameronstangels@gmail.com)
2025-12-30 - 4:14:09 PM GMT

Document e-signed by Cameron Stangel (cameronstangels@gmail.corn)
Signature Date: 2025-12-30 - 4:14:36 PM GMT - Time Source: server

Agreement completed.
2025-12-30 - 4:14:36 PM GMT

# EXHIBIT 1

**4/10/24, 6:58 AM (Viewed 4/10/24, 6:59 AM)**

Jeff Lindsay (4327556534)

I AM SORRY I FORGOT TO PAY  YOU FOR THE DOVES.......ARE YOU STILL AT THE HOUSE........

**4/10/24, 6:58 AM (Viewed 4/10/24, 6:59 AM)**

Jeff Lindsay (4327556534)

PLEASE CALL ME...I WILL MEET YOU AT THE SPLIT

**4/10/24, 8:04 AM**
iPhone (150) (14153502774)



Road closed on the way to 10 20 split, we have to go the long way around

**4/10/24, 6:45 PM**
iPhone (150) (14153502774)



We're home!!

**4/10/24, 6:47 PM**

Jeff Lindsay (4327556534)

DOES IT FEEL RIGHT.....FEEL GOOD

**4/10/24, 6:48 PM**
iPhone (150) (14153502774)

It is perfect :)

**4/10/24, 6:48 PM**
iPhone (150) (14153502774)

Feels like home

**4/11/24, 5:47 AM (Viewed 4/11/24, 5:58 AM)**

Jeff Lindsay (4327556534)

I WILL BE THERE TONITE....CALL ME WHEN YOU GET A CHANCE.. ..

**4/11/24, 5:11 PM**
iPhone (150) (14153502774)

Your Bisbee accommodations
4/11-4/13 (extensions if needed)

15 Wood Canyon
Bisbee, AZ 85603

Door code 3132

Please enter and exit the home through the double glass doors on the concrete driveway using the coded door handle. The large wood front doors are unlocked and locked through the inside only.

**4/11/24, 6:11 PM**
iPhone (150) (14153502774)



Here is your driveway  Let me know if you have any trouble

# EXHIBIT 2

**Residential Lease Agreement**

**Parties:** This Lease Agreement is entered into on April 12, 2024, between Jeff Lindsay, hereinafter referred to as "Landlord," and Beau Reichert, hereinafter referred to as "Tenant."

**Property:** The Landlord hereby leases to the Tenant the property located at 6 Naco Rd. Bisbee, AZ, including all fixtures and furnishings, for a period of three (3) years, commencing on 4/12/2024 and ending on 4/9/2027.

**Utilities:**

- The Tenant shall be responsible for paying all utility bills, including but not limited to electricity, water, gas, and internet, for the duration of the lease term.
- The Tenant shall also be responsible for maintaining utility accounts in their name and ensuring timely payment of all utility bills.

**Insurance and Taxes:**

- The Tenant shall obtain and maintain comprehensive home insurance throughout the lease term, with coverage for personal property and liability, with the Landlord named as an additional insured party.
- The Tenant shall be responsible for paying any property taxes associated with the leased premises during the lease term, directly to the relevant tax authority.

**Maintenance and Repairs:**

- The Tenant shall be responsible for routine maintenance and minor repairs to the leased premises, including but not limited to lawn care, cleaning, and replacing light bulbs.

**Governing Law:** This Lease Agreement shall be governed by and construed in accordance with the laws of Arizona.

**Entire Agreement:** This Lease Agreement constitutes the entire agreement between the parties and supersedes all prior agreements and understandings, whether written or oral, relating to the subject matter hereof.

**Signatures:** The parties hereto have executed this Lease Agreement as of the date first above written.

[Landlord's Signature]                                    [Tenant's Signature]

[Landlord's Name]                                         [Tenant's Name]

Jeff Lindsay                                              Beau Reichert

[Date]                                                    [Date]

4/15/2024                                                 4/15/2024

Residential Lease Agreement

Parties: This Lease Agreement is entered into on April 12, 2024, between Jed Lindsay, hereinafter referred to as "Landlord," and Beau Boucher, hereinafter referred to as "Tenant."

Property: The Landlord hereby leases to the Tenant the property located at 6 Naco Rd, Bisbee, AZ, including all fixtures and furnishings, for a period of three (3) years, commencing on 4/12/2024 and ending on 4/9/2027.

Utilities:

- The Tenant shall be responsible for paying all utility bills, including but not limited to electricity, water, gas, and internet, for the duration of the lease term.
- The Tenant shall also be responsible for maintaining utility accounts in their name and ensuring timely payment of all utility bills.

Insurance and Taxes:

- The Tenant shall obtain and maintain comprehensive home insurance throughout the lease term, with coverage for personal property and liability, with the Landlord named as an additional insured party.
- The Tenant shall be responsible for paying any property taxes associated with the leased premises during the lease term, directly to the relevant tax authority.

Maintenance and Repairs:

- The Tenant shall be responsible for routine maintenance and minor repairs to the leased premises, including but not limited to lawn care, cleaning, and replacing light bulbs.

Governing Law: This Lease Agreement shall be governed by and construed in accordance with the laws of Arizona.

Entire Agreement: This Lease Agreement constitutes the entire agreement between the parties and supersedes all prior agreements and understandings, whether written or oral, relating to the subject matter hereof.

Signatures: The parties hereto have executed this Lease Agreement as of the date first above written.

[Landlord's Signature]

[Tenant's Signature]

[Landlord's Name]

[Tenant's Name]

# EXHIBIT 3

**6/6/24, 3:14 PM**
iPhone (150) (14153502774)



Here's another big mirror in Bisbee

**6/6/24, 3:14 PM**
iPhone (150) (14153502774)



**6/6/24, 11:37 PM (Viewed 6/7/24, 12:49 AM)**

Jeff Lindsay (4327556534)

THAT CAMERA  DID COME IN HANDY.......HA  HA

WED..BEFORE I RETURN....
..DONT WORK YOURSELF SILLY.

..

**6/7/24, 6:30 AM**
iPhone (150) (14153502774)

> Ok I will try.. i know the cats will be so happy
> Hope everything is going ok

**6/7/24, 6:56 PM**
iPhone (150) (14153502774)



> She hasn't moved

**6/9/24, 3:40 PM (Viewed 6/9/24, 3:43 PM)**

Jeff Lindsay (4327556534)

HOW ARE YOUR GAMES  GOING.......1st is COMING YOUR
WAY....
GET MAD AT IT.....KICK SOME ASS.....

**6/9/24, 4:24 PM**
iPhone (150) (14153502774)



> I have been playing poker and blackjack...taught beau how to
> play!
> How is everything going with you?

**6/9/24, 4:24 PM**
iPhone (150) (14153502774)



**6/9/24, 4:24 PM**
iPhone (150) (14153502774)



**6/9/24, 4:24 PM**
iPhone (150) (14153502774)



**6/9/24, 4:24 PM**
iPhone (150) (14153502774)



**6/9/24, 6:00 PM**

Jeff Lindsay (4327556534)

CHARGE THE RULES FOR YOU WINN EVERYTIME....GOOD LUCK.......I HAVE NOT HEARD ANYTHING ON THIS END.... HAVE YOU. ?????

**6/9/24, 6:05 PM**
iPhone (150) (14153502774)

I have not heard anything since that last message I sent you Thursday or Friday

**6/9/24, 6:05 PM**
iPhone (150) (14153502774)

I will follow up

**6/11/24, 4:38 PM (Viewed 6/11/24, 4:41 PM)**

Jeff Lindsay (4327556534)

IM HEADED BACK TO TEXAS NOW..

SHOULD ARRIVE ABOUT10.pm  LET ME KNOW WHAT YOU HAVE IN OUR PLANS...WHEN ARE WE LEAVING AND WHERE TO......CALL ME WHEN YOU GET A CHANCE..........BYEEEE

**6/11/24, 8:27 PM**
iPhone (150) (14153502774)

Ok. We just got to San Diego. I will call tomorrow. Have not heard anything more from lawyers on timeframe

**6/12/24, 9:24 AM (Viewed 6/12/24, 9:42 AM)**

Jeff Lindsay (4327556534)

Good morning  how is my rock star doing today

**6/27/24, 8:59 AM (Viewed 6/27/24, 9:04 AM)**

Jeff Lindsay (4327556534)



**6/27/24, 9:05 AM**

iPhone (150) (14153502774)

Ha! You do not lie

**6/30/24, 6:40 AM (Viewed 6/30/24, 7:41 AM)**

Jeff Lindsay (4327556534)

GOOD MORNING

**6/30/24, 6:48 AM (Viewed 6/30/24, 7:41 AM)**

Jeff Lindsay (4327556534)

BACK TO WORK IN ABOUT 7  DAYS....
CAN YOU FIT THAT IN.......I DONT KNOW IF WORK IS THE
 CORRECT WORD....DO YOU THINK YOU COULD GO ON
TOUR IN ABOUT 7. DAYS  ???????

**6/30/24, 11:07 AM**

iPhone (150) (14153502774)



Pictures from the gallery opening last night.

These are from a very famous southwestern and cowboy photographer, Jay Dusard.

Jay came over to the firehouse last week in Bisbee because he heard about our amazing project with the foundation. He is really excited for us to be here!

**6/30/24, 11:07 AM**
iPhone (150) (14153502774)



**6/30/24, 11:07 AM**
iPhone (150) (14153502774)



**7/1/24, 7:46 AM**
iPhone (150) (14153502774)

Hi I emailed you the document for logging my time for May and June. Let me know if there is anything else I need to add to the document

**7/1/24, 8:26 AM**

Jeff Lindsay (4327556534)

THANKS

**7/7/24, 8:53 PM**
iPhone (150) (14153502774)

We should go look at this for the darkroom in Bisbee! (...while we are in the area!)

**7/7/24, 8:53 PM**
iPhone (150) (14153502774)



https://www.ebay.com/itm/355839163080?
mkcid=16&mkevt=1&mkrid=711-127632-2357-0&ssspo=uvnvbqip
(Sent with URL)

**7/7/24, 8:53 PM**
iPhone (150) (14153502774)



**7/8/24, 1:09 PM**
iPhone (150) (14153502774)

I sent you an email from mark. The immigration authority are requesting more detailed accounts on the offenses
...also if you can find any of your termination sentencing paperwork that might help it.

• 15 March 1980 – Violation of prohibition law
• 15 Jun 1985 – Driving under the influence, theft
• 14 May 1986 – Possession of a firearm (possession of cannabis with intent to distribute dismissed)
• 18 Dec 1991 – Telephone harassment

**8/7/24, 7:00 PM**
iPhone (150) (14153502774)



Flight to Fort Lauderdale
Info is in your email

Leaves midland at 3:10pm Saturday August 24

**8/8/24, 4:55 PM (Viewed 8/8/24, 5:27 PM)**

Jeff Lindsay (4327556534)

THE GIRLS ARE NOT THE ONLY ONE MISSING YOU

**8/8/24, 5:30 PM**
iPhone (150) (14153502774)



**8/8/24, 5:30 PM**
iPhone (150) (14153502774)



**8/8/24, 5:31 PM**
iPhone (150) (14153502774)

Oops I don't think my text sent

Time will go by quickly then we are off to the next big adventure! The biggest one yet! Super exciting

And if you get bored you can always come work on projects in Bisbee!

8/9/24, 5:44 AM (Viewed 8/9/24, 5:56 AM)

**Jeff Lindsay (4327556534)**

WHAT ARE WE DOING ON VISA FROM AUSTRALIA ON THE ANCIENT EXPLORER ???

8/9/24, 5:57 AM
iPhone (150) (14153502774)

Still have no update from mark.
I will check again today.
Addie said if visa does not come through we just go to the next destination early.

8/9/24, 5:58 AM
iPhone (150) (14153502774)

The visa coordinator from Four Seasons said we are unable to apply for two visa at a time. Since one is already in the works we need to wait for that to go through

8/9/24, 8:33 AM (Viewed 8/9/24, 8:34 AM)

**Jeff Lindsay (4327556534)**

NEED TO PRESS MARK HARD NOW.....

8/9/24, 8:36 AM
iPhone (150) (14153502774)

I sent an email earlier this morning I will let you know when I hear his response

8/9/24, 9:10 AM (Viewed 8/9/24, 9:12 AM)

**Jeff Lindsay (4327556534)**

THANK YOU AND HAVE A GREAT DAY....NO POWER LIFTING...HA HA

8/9/24, 9:13 AM
iPhone (150) (14153502774)

Why not?! There's so much to get done!

Also your gallon of chrome polish will be delivered today to the office. Sorry I'm not there to polish my side!

# EXHIBIT 4

**8/13/24, 4:11 PM**
iPhone (150) (14153502774)



**8/15/24, 8:53 AM (Viewed 8/15/24, 8:57 AM)**

Jeff Lindsay (4327556534)

YOUR HANGING BAG SHOULD BE THERE BY 4:00pm FRIDAY ...FED EX  TRACKING#777992326861. HAVE A GREAT DAY..

**8/15/24, 8:58 AM**
iPhone (150) (14153502774)

Ok thank you! So exciting!

**8/16/24, 8:51 AM**
iPhone (150) (14153502774)



Pineapple update

**8/16/24, 4:29 PM**

Jeff Lindsay (4327556534)

FED EX CALLED AND SAID NOBODY HOME AND WOULD NOT LEAVE YOUR PACKAGE..
SAID HE WOULD BE BACK ON MONDAY AND DELIVER THEN.

HOWS MOM AND GRANNY. ????  THE PINEAPPLE QUEENS........HAVE A GREAT DAY..

MOVING ON TO MUDDY WATERS. BUT HELP  IS NEAR...SEE YOU SOON..
COWBOY CASH

**8/16/24, 4:33 PM**

Jeff Lindsay (4327556534)

I PICKED UP SOME SMALL BILL S FOR OUR TRAVELS..

CASH WE ARE READY..
..KNIFES WE ARE READY...BRAINS I AM NOT SURE IF I HAVE ANY LEFT...

**8/17/24, 9:06 AM**
iPhone (150) (14153502774)

I will see if I can pick it up from FedEx in town. I need to install a doorbell!

This will be a nice trip to recharge your brain! I hope all is going ok
I will get some small bills too.

**8/17/24, 9:09 AM**
iPhone (150) (14153502774)

I found a place in Fort Lauderdale to get b12 shots might be a good idea!

**8/17/24, 9:21 AM**

Jeff Lindsay (4327556534)

I HAVE ALL THE SMALL BILLS THAT WE CAN TAKE WITH US

...B 12  SOUNDS GOOD......I TOOK MY LAST SHOT 3. DAYS AGO...
ILL BE READY..........STILL PACKING OUT......I MAYBE AM JUST A LITTLE BIT OVER REGISTRATION  BUT I FIGURE YOU CAN FIX ANYTHING THAT GETS IN OUR WAY.....
=WALK ON WATER=

**8/17/24, 9:22 AM**
iPhone (150) (14153502774)

Everything will be great!

**8/17/24, 9:26 AM**
iPhone (150) (14153502774)



Got the kitties a surprise…
Grass patch!

**8/17/24, 9:26 AM**
iPhone (150) (14153502774)



**8/17/24, 9:26 AM**
iPhone (150) (14153502774)



**8/19/24, 9:05 AM (Viewed 8/19/24, 9:12 AM)**

Jeff Lindsay (4327556534)

IT IS MONDAY....HOPE YOU ARE HAVING FUN.... CALL ME WHEN YOU HAVE TIME...

NOTHING IMPORTANT .....JUST WANT TO BULL SHIT

**8/19/24, 4:14 PM**
iPhone (150) (14153502774)



Woohoo! Got it

**8/19/24, 7:53 PM**
iPhone (150) (14153502774)

Valerie Pereira
408-335-7802
Valerie@dagamapereira.com.au

This is Valerie who will be helping us with the visa. This is her phone number just so you have it. If we don't hear from her tomorrow you should give her a call.

**8/19/24, 7:55 PM**
Jeff Lindsay (4327556534)

THANKS FOR ALL THAT YOU DO.....GOOD NITE

**8/19/24, 7:59 PM**
iPhone (150) (14153502774)

Good night

**8/20/24, 9:40 AM**
iPhone (150) (14153502774)

I am going on a zoom call with the new Visa lawyer tonight at 6pm my time (8pm your time) to get her up to speed.
She will call your cell phone after our call so maybe around 8:30-9pm ish?

# EXHIBIT 5

December 24, 2025

Dear Customer,

The following is the proof-of-delivery for tracking number: 777992326861

---

**Delivery Information:**

| | | | |
|---|---|---|---|
| Status: | Delivered | Delivered To: | |
| Signed for by: | | Delivery Location: | |
| Service type: | FedEx Priority Overnight | | |
| Special Handling: | Deliver Weekday; Residential Delivery | | BISBEE, AZ, |
| | | Delivery date: | Aug 19, 2024 16:11 |

**Shipping Information:**

| | | | |
|---|---|---|---|
| Tracking number: | 777992326861 | Ship Date: | Aug 15, 2024 |
| | | Weight: | |

| Recipient: | Shipper: |
|---|---|
| BISBEE, AZ, US, | PECOS, TX, US, |

Proof-of-delivery details appear below; however, no signature is available for this FedEx Express shipment

because a signature was not required.

Thank you for choosing FedEx

# EXHIBIT 6

Four Points by Sheraton Tucson Airport
7060 South Tucson Blvd
Tucson, AZ  85756
United States
Tel: (520)746-0271 Fax: (520)889-7391



Cameron Stangel

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 1 | Invoice Nbr | : | 1000081350 |
| Guest Number | : | 514672 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 21AUG24 | 18:04 | | |
| Depart Date | : | 22AUG24 | | | |
| No. Of Guest | : | 1 | | | |
| Room Number | : | 255 | | | |
| Marriott Bonvoy Number | : | 6560 | | | |

Information Invoice

FPbS Tucson Ai TUSFP  AUG-22-2024  02:30  9999

| Date | Reference | Description | Charges/Credits (USD) |
|---|---|---|---|
| 21AUG24 | RT255 | Room Chrg - Standard Retail | 107.00 |
| 21AUG24 | RT255 | Room Tax | 6.47 |
| 21AUG24 | RT255 | State Tax | 6.42 |
| 21AUG24 | RT255 | County Tax | 4.00 |
| AUG-22-2024 AX | | American Express | -123.89 |

Approve EMV Receipt for AX - 1023: Signature Captured
IAD:06640103A0A002   TVR:0000008000   AID:A000000025010801
AID:A000000025010801   Application Label:AMERICAN EXPRESS
TSI:E800   ARC:00   CHIP

| | |
|---|---|
| ** Total  Charges | 123.89 |
| ** Total  Credits | -123.89 |
| *** Balance | 0.00 |

Continued on the next page

Four Points by Sheraton Tucson Airport
7060 South Tucson Blvd
Tucson, AZ  85756
United States
Tel: (520)746-0271 Fax: (520)889-7391

**FOUR POINTS**
**BY SHERATON**

Cameron Stangel

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 2 | Invoice Nbr | : | 1000081350 |
| Guest Number | : | 514672 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 21AUG24 | 18:04 | | |
| Depart Date | : | 22AUG24 | | | |
| No. Of Guest | : | 1 | | | |

I agreed to pay all room & incidental charges.

For your convenience, we have prepared this zero-balance folio indicating a $0 balance on your account. Please be advised that any charges not reflected on this folio will be charged to the credit card on file with the hotel.  While this folio reflects a $0 balance, your credit card may not be charged until after your departure.  You are ultimately responsible for paying all of your folio charges in full.

Tell us about your stay. www.fourpoints.com/reviews. Tell us about your stay on Trip Advisor! www.tripadvisor.com/reviewit

Bring the Four Points sleep experience home with you.  Visit www.ShopFourPoints.com.

 Gmail

Cameron <cameronstangels@gmail.com>

---

## Your trip confirmation (LAX - TUS)

---

**American Airlines** <no-reply@info.email.aa.com>          Mon, Jun 3, 2024 at 3:40 PM
To: CAMERONSTANGELS@gmail.com



Issued: June 3, 2024

Your trip confirmation and receipt

We charged $292.47 to your card ending in 1023 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.



Confirmation code: **EDLVMX**

**Tuesday, June 4, 2024**

**LAX**
Los Angeles
**2:30 PM**

**AA 3163**
Operated by SkyWest Airlines
as American Eagle

**TUS**
Tucson
**3:57 PM**

Seat:   **3A**
Class:  **Business (R)**
Meals:

**Manage your trip**

Earn 50,000 bonus miles*
Plus great travel benefits. Terms Apply.
Learn more



# Your purchase

**Cameron Stangel - AAdvantage® #: FM1\*\*\*\***

New ticket (0012147390407)                                        $292.47
[$258.02 + Taxes & carrier-imposed fees $34.45]


**Total cost**                                                    **$292.47**


# Your payment

AmericanExpress (ending 1023)                                     $292.47


Total paid                                                        $292.47


## Bag information

**Checked Bag (Airport)**

1st bag     No charge
2nd bag     No charge


Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms

For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

Carry-on bags (American Airlines)

| **1st carry-on** | Includes purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
| --- | --- |
| **2nd carry-on** | Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |


**Book a hotel »**


**Book a car »**


**Buy trip insurance »**


**AAVacations »**





Contact us
Privacy policy

**Download the American app**

   

© 2024 American Airlines, Inc. All Rights Reserved. 

*Offers may vary over time and this offer may not be available in other places where the card is offered. Offer available if you apply here on the day that this email was sent unless an offer expiration date is provided.

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed

for changes and restrictions may apply.

You have up to 24 hours from the time of ticket purchase to receive a full refund if you booked at least 2 days before departure. Once canceled, your refund will be processed automatically. Refunds.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

The policy for traveling with Emotional Support and Service animals has changed. Visit Traveling with Service Animals for more information.



Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the

applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to cameronstangels@gmail.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

 Cameron <cameronstangels@gmail.com>

---

## Your trip confirmation (MAD - TUS)

---

**American Airlines** <no-reply@info.email.aa.com>                Tue, Aug 13, 2024 at 3:58 PM
To: CAMERONSTANGELS@gmail.com



Issued: August 13, 2024

Your trip confirmation and receipt

We charged $4,155.40 to your card ending in 1023 for your ticket purchase.

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.



Confirmation code: **HYAKFK**

**Monday, September 23, 2024**

**MAD**
Madrid
**12:20 PM**

**AA 37**

**DFW**
Dallas/Fort Worth
**4:00 PM**

Seat: **5D**
Class: **Business (D)**
Meals: **Lunch , Snack**

**DFW**
Dallas/Fort Worth
**6:50 PM**

**AA 1207**

**TUS**
Tucson
**7:15 PM**

Seat: **3D**
Class: **Business (D)**
Meals:

**Manage your trip**

# Your purchase

**Cameron Stangel - AAdvantage® #: FM1****

New ticket (0012167913317)                                            $4,155.40
[$3,478.00 + Taxes & carrier-imposed fees $677.40]

**Total cost**                                                        **$4,155.40**

# Your payment

AmericanExpress (ending 1023 )                                        $4,155.40

Total paid                                                            $4,155.40

## Bag information

**Checked Bag (Airport)**

1st bag   No charge
2nd bag   No charge

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms

For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

Carry-on bags (American Airlines)

| Personal item | A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
|---|---|
| Carry-on | Maximum dimensions must not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |






Book a hotel » 

Book a car »

Buy trip insurance »

AAVacations »



Contact us
Privacy policy

**Download the American app**

 

© 2024 American Airlines, Inc. All Rights Reserved. 

You have 24 hours from the time you first buy your ticket to make changes or cancel for a refund if you booked at least 2 days before departure. Once canceled, your refund will be processed automatically.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

         

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

**Chemical sprays on international flights** Flights to and from certain countries require insecticide treatment (a process known as disinsection) inside the cabin for insect and disease control. The U.S. Department of Transportation provides full information about the spray and the countries required to use it. Aircraft disinsection requirements.

Check-in lines will vary by departure location. In order to determine the time you need to check-in at the airport,

please visit www.aa.com/airportexpectations.

If you are traveling internationally, please ensure that you have the proper documentation. All necessary travel documents for the countries being visited must be presented at airport check-in. Check with the consulate of these countries to determine the documents required. Additional information can be found at International Travel.

We place limitations on checked baggage and boxes on some flights to Mexico, the Caribbean, Central and South America. To confirm what you can take on your journey please see Baggage Limitations.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to cameronstangels@gmail.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

 Gmail                                    Cameron <cameronstangels@gmail.com>

---

**Your flight to Tucson - Delayed**

---

**American Airlines** <no-reply@info.email.aa.com>                Fri, Sep 20, 2024 at 5:40 PM
To: CAMERONSTANGELS@gmail.com



## Flight 1207 to TUS is delayed

Confirmation code: **EJPYTN**

Here are your new departure and arrival times. We're sorry for the delay.

---

**DELAYED**

**Friday, September 20, 2024**

| | | |
|---|---|---|
| ✈ **DFW** | | **AA 1207** |
| Dallas/Fort Worth | | Terminal: **B** |
| **8:31 PM** | | Gate: **B18** |
| 📍 **TUS** | | |
| Tucson | | Terminal: **--** |
| **8:56 PM** | | Gate: **B10** |

If this delay causes a missed connection, we'll work to rebook you on another flight and contact you with updated flight information.

**Check flight status**

Contact us

Privacy policy

**Download the American app**

 

© 2024 American Airlines, Inc. All Rights Reserved.



Please do not reply to this email address as it is not monitored. This email was sent to cameronstangels@gmail.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read, distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

 Gmail

Cameron <cameronstangels@gmail.com>

---

## Your trip confirmation (DFW - TUS)

---

**American Airlines** <no-reply@info.email.aa.com>                  Sun, Aug 4, 2024 at 9:26 AM
To: CAMERONSTANGELS@gmail.com



Issued: August 4, 2024

Your trip confirmation and receipt

You can check in via the American app 24 hours before your flight and get your mobile boarding pass.

Confirmation code: **CINSQV**

**Monday, August 5, 2024**

| | | |
|---|---|---|
| **DFW** Dallas/Fort Worth **6:53 PM** | | **AA 1207** |
| **TUS** Tucson **7:07 PM** | | Seat: **5C** Class: **Business (I)** Meals: |

**Manage your trip**

## Your purchase

**Cameron Stangel - AAdvantage® #: FM1****

New ticket (0012165169189)                                          $475.48
[$428.26 + Taxes & carrier-imposed fees $47.22]

| **Total cost** | **$475.48** |
|---|---|

## Your payment

| AmericanExpress (ending 1023 ) | $475.48 |
|---|---|
| Total paid | $475.48 |

## Bag information

**Checked Bag (Airport)**

1st bag    No charge
2nd bag    No charge

Maximum dimensions: 62 inches or 158 centimeters calculated as (length + width + height)
Maximum weight: 70 pounds or 32 kilograms

For information regarding American Airlines checked baggage policies, please visit: Bag and optional fees

Bag fees apply at each Check-in location. Additional allowances and/or discounts may apply. Bag and optional fees

If your flight is operated by a partner airline, see the other airline's website for carry-on and checked bag policies.

Carry-on bags (American Airlines)

| **Personal item** | A small purse, briefcase, laptop bag, or similar item that must fit under the seat in front of you. |
|---|---|
| **Carry-on** | Maximum dimensions must not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm). |


Book a hotel »


Book a car »


Buy trip insurance »


AAVacations »





 

Contact us
Privacy policy

### Download the American app



© 2024 American Airlines, Inc. All Rights Reserved.

You have 24 hours from the time you first buy your ticket to make changes or cancel for a refund if you booked at least 2 days before departure. Once canceled, your refund will be processed automatically.

If you have purchased a NON-REFUNDABLE fare, the itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has NO VALUE. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Some American Airlines check-in counters do not accept cash as a form of payment. For more information, visit our Airport Information page.

        

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the

aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely. Passengers requiring these items should contact the airline operator for information on use of such devices.

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage link below.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage.

For more on Canada passenger protection regulations visit aa.com/CanadaPassengers.

Please do not reply to this email address as it is not monitored. This email was sent to cameronstangels@gmail.com.

NOTICE: This email and any information, files or attachments are for the exclusive and confidential use of the intended recipient. This message contains confidential and proprietary information of American Airlines (such as customer and business data) that may not be read, searched, distributed or otherwise used by anyone other than the intended recipient. If you are not an intended recipient, do not read,

distribute, or take action in reliance upon this message. Do you think you received this email by mistake? If so, please forward this email to us with an explanation.

For all other questions about bookings or upcoming trips, visit our contact page. Contact American >

**one**world is a registered trademark of **one**world Alliance, LLC.

 Gmail

Cameron <cameronstangels@gmail.com>

---

## Your Flight Receipt - CAMERON JEAN STANGEL 22AUG24

---

**Delta Air Lines** <DeltaAirLines@t.delta.com>                Wed, Aug 21, 2024 at 6:53 AM
Reply-To: Transactional Email Reply Inbox <reply-427542-14_HTML-122971329-10982494-345991@t.delta.com>
To: CAMERONSTANGELS@gmail.com

View as a web page



#9720936096
SkyMiles® Member

### Confirmation Number

HBBME7



You're all set. If your plans change, you can make adjustments or cancel your itinerary on **MyTrips** on the Fly Delta app or **delta.com** before your flight departs.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: CAMERON JEAN STANGEL
SkyMiles #9720936096

| FLIGHT | SEAT |
|---|---|
| DELTA 886 | 01A |
| DELTA 2345 | 05D |

Visit delta.com or download the Fly Delta app to view, select or change your seat. If you purchased a Delta Comfort+$^{TM}$ seat or a Trip Extra, please visit My Trips to access a receipt of your purchase.

| Thu, 22AUG | DEPART | ARRIVE |
|---|---|---|
| DELTA 886<br>First Class (C) | TUCSON, AZ<br>6:02am | ATLANTA<br>12:34pm |
| DELTA 2345<br>First Class (C) | ATLANTA<br>3:44pm | FT LAUDERDALE, FL<br>5:37pm |

**MANAGE MY TRIP**

## Flight Receipt

Ticket #: 0062262300749
Place of Issue:
Issue Date: 21AUG24
Expiration Date: 07AUG25

| METHOD OF PAYMENT | |
|---|---|
| Org FOP AX***********1023 | |

| ECREDITS APPLIED | |
|---|---|
| eCredits Number | 0062261727908 |
| Passenger Name | CAMERON JEAN STANGEL |
| Amount Applied | 1830.98 USD |
| Applied to Ticket Number | 0062262300749 |

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $813.37 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |
| United States - Transportation Tax (US) | $61.00 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Flight Segment Tax (ZP) | $10.00 USD |
| **TICKET AMOUNT** | **$898.97 USD** |

## Remaining eCredit Amount Due To Passenger

Passenger: CAMERON JEAN STANGEL
Original eCredit #: 0062261727908
New eCredit #: 0060212198657
eCredit Expiration: 07AUG25
Redemption Code: *Retain from original eCredit if applicable*

TOTAL: $932.01 USD

Refer to eCredit number for future travel. Non refundable/ Non Endorsable/ Valid on Delta only. To redeem this eCredit for future travel please visit delta.com/redeem.

---

## Checked Bag Allowance

The fees below are based on your original ticket purchase. Fees may be converted to local currency based on your departure airport. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit delta.com for details on baggage embargoes that may apply to your itinerary.

| **Thu 22 Aug 2024** | | **TUS-FLL** |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | FREE (70LBS/32KG) | FREE (70LBS/32KG) |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on baggage embargoes that may apply to your itinerary. Also see other carrier's complete baggage information.

# Your Pre-Trip Checklist For
# Easier Travel







### Book Delta Stays And Car Rentals

Earn miles by booking your travel accommodations with our hotel and car rental partners.

**Book Today ›**

### Flight Deals And More Delivered

Opt in through your SkyMiles profile to receive the latest flight deals and promotions.

**Update Your Account ›**

### Visit Our Help Center

Find information on self-service tools, baggage, SkyMiles and more.

**Explore Now ›**

## Request Special Services

We are here to help. Complete our **Service Request Form** if you need extra assistance during your trip.

## Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.



Help Center     ●     Flight Deals     ●     Earn Miles     ●     Stays & Cars

               

Privacy Policy

We believe travel can change the world. For good. Learn more about our Flight to Net Zero$^{SM}$ at delta.com/sustainability.

**Terms & Conditions**

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: TUS DL X/ATL DL FLL Q0.35 813.02BA0QA0FL USD813.37END ZP TUSATL XF TUS4.5ATL4.5

†All SkyMiles® program rules apply. To review the rules, see Membership Guide & Program Rules. Taxes and fees for Award Travel are the responsibility of the passenger and must be paid at the time the ticket is booked. Award Travel seats are limited and may not be available on all flights or in all markets. Offers void where prohibited by law. Other restrictions may apply.

**Checked Bag Allowance**

*On Delta® operated flights, you may carry on one bag and a small personal item at no charge.

Delta One®/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active

US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree.

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

**ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY**

Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions and information, please visit delta.com/myprofile/preferences.

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

Effective December 15, 2019, the Canada Air Passenger Protection Regulations may provide additional protections to passengers traveling to or from Canada:

*If you are denied boarding, your flight is cancelled or delayed for at least two hours, or your baggage is lost or damaged, you may be entitled to certain standards of treatment and compensation under the Air Passenger Protection Regulations. For more information about your passenger rights please contact your air carrier (www.delta.com/appr) or visit the Canadian Transportation Agency's website.*

*Si l'embarquement vous est refusé, ou si votre vol est annulé ou retardé d'au moins deux heures ou si vos bagages sont perdus ou endommagés, vous pourriez avoir droit au titre du Règlement sur la protection des passagers aériens, à certains avantages au titre des normes de traitement applicables et à une indemnité. Pour de plus amples renseignements sur vos droits, veuillez communiquer avec votre transporteur aérien ( www.delta.com/appr) ou visiter le site Web de l'Office des transports du Canada.*

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

**PRIVACY POLICY**

Your privacy is important to us. Please review our Privacy Policy.

You are receiving this operational message due to your upcoming travel or recent activity with Delta. Even if you have opted-out of receiving Delta marketing communications, you may still receive operational emails with relevant information based on your upcoming travel or recent activity.

This email was sent to: CAMERONSTANGELS@GMAIL.COM

© 2024 Delta Air Lines, Inc. All rights reserved.
Delta Blvd. P.O. Box 20706 • Atlanta, GA 30320-6001

247382E-Receiptprod

# EXHIBIT 7

 **Gmail**

**Cameron <cameronstangels@gmail.com>**

---

## Appointment Confirmation - Your Upcoming Travel Health Consultation at Passport Health

**Passport Health** <noreply@passporthealthusa.com>                    Mon, Aug 12, 2024 at 7:34 PM
To: <Cameronstangels@gmail.com>

520-727-3337

### Hi Cameron Stangel,

Thank you for booking your Travel Health Consultation. Please complete your medical history form online before your appointment. Your medical history is a very important part of ensuring your health and safety before your trip.

At Passport Health, your health and safety are our top priority. Please reschedule your appointment if you have a fever, cough, or other signs of illness within 48 hours of your appointment or if you've tested positive for COVID-19 in the last 5 days and have not completed your minimum isolation period.

CONFIRM YOUR APPOINTMENT

**To receive a $25 discount, please complete your medical history online before your appointment.**

MEDICAL HISTORY FORM

Click here to complete your medical history through our secure portal using the following credentials:

**USERNAME:** Your email address

**PASSWORD:** Your birthdate

## $25 DISCOUNT

### if you complete your form prior to your appointment*

**APPOINTMENT DETAILS:**

**DATE & TIME:**        16 Aug 2024 at 2:45PM

**LOCATION:**           5055 E Broadway Blvd Suite C205 Tucson, AZ 85711

Please remember to bring the following with you to your appointment:
- International Vaccination Certificate (yellow book). If you do not have one, we will provide one for you.
- Vaccination records
- Primary Care Provider's name, address, phone number, and fax number
- Name and phone number of your preferred pharmacy
- Day-to-day travel itinerary, if available

If you have any problems, please call 520-727-3337 for assistance.

Looking for travel supplies? Check out the Passport Health Store carrying travelers' diarrhea kits, insect repellents and more.

Passport Health does not participate in Medicare or any Medicare Advantage plans. If you're a Medicare participant, please complete the following Medicare Private Agreement Form and **BRING** it to your appointment. This form is our agreement, which states no reimbursement will be requested from Medicare for our services, by both parties.

Thank you for choosing Passport Health!

Find Directions to Passport Health Tucson.

The Central Tucson office is in New World Plaza at Broadway and Rosemont. From the Eastside, clients turn right on Rosemont from Broadway, take the first left into the Plaza, with the building on the left. Uncovered parking is available. For 2nd-floor access, clients can use the elevator by parking near Building A (note: front row parking is 60-minute limit, unless a handicap permit is present). The elevator is clearly marked in Building A. On reaching the 2nd floor, clients should go right, through two doors, down a lobby, past a staircase, follow signs

to PPH clinic, and find it as the 3rd door on the left past an arrow sign. If using stairs, park near Building C, walk up the stairs, turn left, walk straight to find the clinic as the 3rd door on the left after entering the next door. As a courtesy, we make reminder calls for appointments. If you do not receive your reminder call or message, the cancellation policy will still remain in effect.

PLEASE BE ON TIME: Clients arriving MORE THAN 10 MINUTES LATE MAY BE RESCHEDULED

OFFICE VISIT: All appointments incur an office visit and/or vaccine administration fee, in addition to charges for vaccinations, medications, and other individual items purchased.

INSURANCE: Passport Health does not accept, file or bill insurance, and is not a Medicare / Medicaid provider. All payments must be made at the time of service. At the time of your appointment we will provide you with the needed documentation to submit to your insurance company. Note that most medical insurance carriers do not cover travel medicine services.

**IF YOU ARE RECEIVING A YELLOW FEVER VACCINATION, AND ARE OVER THE AGE OF 60, YOU MAY BE REQUIRED TO PROVIDE PERMISSION FROM YOUR PRIMARY CARE PHYSICIAN. PLEASE CHECK WITH YOUR PRIMARY CARE PHYSICIAN TO ENSURE YOU ARE HEALTHY ENOUGH TO RECEIVE THE YELLOW FEVER VACCINE.**

CANCELLATION FEE: Passport Health reserves the right to charge a non-refundable fee of $75.00 for missing an appointment, or for cancelling with less than 48 hours' notice. If you need to cancel or reschedule your appointment, please call 877-358-8648.

* Discount not applicable for corporate clients



5055 E Broadway Blvd
Suite C205
Tucson, AZ 85711

EXPERTS

# EXHIBIT 8



# Your electricity bill

Bill date: May 13, 2024

## Summary of what you owe

| | | |
|---|---|---|
| Amount due on your last bill | | $0.00 |
| ⊖ Payment made | | $0.00 |
| ⊖ Your balance forward | | $0.00 |
| Your new charges (details on following pages) | | |
| ⊕ Cost of electricity (includes taxes and fees) | | $0.00 |
| Deposit amount | | $90.00 |
| ⊖ Total amount due | | **$90.00** |

*Your payment of $90.00 will be automatically deducted on June 3, 2024.*

**Cameron Stangel**

📁 **YOUR ACCOUNT NUMBER:**
5208191764

🏠 **FOR SERVICE AT:**
6 Naco Rd

**Questions?**

 Log in to My Account at **aps.com**

 Go to **aps.com/help** for help

🔔 Stay informed. Visit **aps.com/alerts**

**See if You Qualify Today**

If you're struggling to pay your energy bill due to a sudden loss of income or unplanned major expense, you may be eligible for up to $500 in assistance through Project SHARE. Learn more today at aps.com/share.

**Shop smart at APS Marketplace**

Compare and buy smart thermostats at APS Marketplace. You'll save with instant rebates, discounts and special offers. Also compare prices on other energy-efficient appliances and electronics at marketplace.aps.com.

**Cars Marketplace**

We can help guide the way when purchasing electric vehicles. Shop and compare costs between EVs and similar gas vehicles at cars.aps.com.

---

Page **1** of 2          See page 2 for more information.

**When paying in person, please bring the bottom portion of your bill.**



| Your account number | Bill date |
|---|---|
| **5208191764** | May 13, 2024 |

☐ Mailing address or phone number change?
Check here and fill in the details on the back.

\#     000000036          I=0000000000

CAMERON STANGEL
6 NACO RD
BISBEE, AZ 85603-9754

*You do not need to mail a payment. As an AutoPay customer, your payment will be automatically deducted.*

0000000520819176440202405130000000000000000900089    000

# News from APS

**New and Improved Outage Map**

The APS outage map is getting a new look and feel, making it easier than ever to navigate. You can view outages in your area, the number of customers impacted and the estimated restoration time at aps.com/outagecenter. While there, you can also create an online account, or if you already have an account, update your contact information to ensure you receive outage alerts.

# Things you need to know

**Have a question, concern or dispute regarding your bill or payment?**
- Visit aps.com/contact to email us or chat
- Call 602-371-7171 (metro Phoenix) or 800-253-9405 (other areas)
- Para servicio en español llame 602-371-6861
- Hearing Impaired Dial 711 (AZ Relay)
- Send us a letter: APS, Station 3200, PO Box 53933, Phoenix AZ 85072-3933

**Have an electrical emergency? Call:**
- 855-688-2437 (metro Phoenix) or 855-688-2437 (other areas) for power outages
- 602-258-5483 (metro Phoenix) or 800-253-9408 (other areas) for other electrical emergencies
- 811 or 800-782-5348 (Blue Stake) before you dig to avoid an electrical emergency

**Important billing information:**
- Payment is due no later than 21 days from the bill date. If received later than 28 days from the bill date, your account will be delinquent and may be subject to a late payment charge of 1.5% + tax per month. If your power is shut off for nonpayment, you will need to pay the past due amount before service will be turned back on.
- We may require a deposit if an account becomes delinquent with two or more bills, or has been disconnected for nonpayment within a 12-month period. Deposits may also be required for customers with a non-residential service plan who do not meet certain financial conditions (as determined by APS using a credit scoring worksheet).
- One-time waiver
  If you're on the Fixed Energy Charge Plan and your average monthly usage increases over time causing you to be moved to a higher tier you can contact us for a one-time waiver to keep your lower tier. See APS contact information above.

**Electricity regulations and rates are approved by:**
  Arizona Corporation Commission
  1200 W Washington Street, Phoenix, AZ 85007
  602-542-4251 or 800-222-7000 (toll free in-state only)
  azcc.gov

**Mailing address or phone number change**

| First name, middle name, last name |
|---|

| Address (number, street name) |
|---|

| City | State | Zip + 4 |
|---|---|---|

| Home phone | Business phone |
|---|---|
| (      ) | (      ) |



PO BOX 37812
BOONE IA 50037-0812



# Your electricity bill

Bill date: June 11, 2024

## Summary of what you owe

| | | |
|---|---|---|
| Amount due on your last bill | | $90.00 |
| ⊖ Payment made, thank you | | -$90.00 |
| ⊖ AutoPay discount | | -$0.48 |
| ⊖ Your balance forward | | -$0.48 |
| Your new charges (details on following pages) | | |
| ⊕ Cost of electricity (includes taxes and fees) | | $141.58 |
| ⊖ **Total amount due** | | **$141.10** |

*Your payment of $141.10 will be automatically deducted on July 2, 2024.*

Cameron Stangel

📁 **YOUR ACCOUNT NUMBER:**
5208191764

🏠 **FOR SERVICE AT:**
6 Naco Rd

**Questions?**

 Log in to My Account at **aps.com**

 Go to **aps.com/help** for help

🔴 Stay informed. Visit **aps.com/alerts**

**More predictable bills**

Plan ahead with Budget Billing. You'll pay about the same amount every month, even during summer. To learn more about how Budget Billing works or to enroll, visit aps.com/budgetbilling. Or call (602) 371-3694 (metro Phoenix) or (866) 993-1377 (other areas) and say "Budget Billing" when prompted.

**Choose the day you pay**

With Preferred Due Date, you're in control. You can pick a date to pay your energy bill that works best for your schedule and budget. Learn more or enroll at aps.com/duedate or by calling us at (602) 371-3663 (metro Phoenix) or (855) 371-3663 (other areas).

**Get tailored money-saving tips**

Finding energy savings in your home starts with our free online Energy Analyzer tool. Simply answer a few questions to receive custom tips on ways to save energy and money in every room. Get started today at aps.com/ea.

---

Page **1** of 7        See page 2 for more information.

**When paying in person, please bring the bottom portion of your bill.**

 **Your account number**        **Bill date**
**5208191764**        **June 11, 2024**

☐ Mailing address or phone number change?
Check here and fill in the details on the back.

\#    000000608        I=0000000000

CAMERON STANGEL
6 NACO RD
BISBEE, AZ 85603-9754

*You do not need to mail a payment. As an AutoPay customer, your payment will be automatically deducted.*

# News from APS

**Important information about your account**

One or more of your accounts is on a Fixed Energy Charge Plan, where the price you pay for electricity is based on your assigned usage tier. We will review your usage annually to determine if you are on the right tier. To help you stay below the energy use limit for your tier, check your **"Current Monthly Average"** on your detailed billing pages each month. To learn more, visit aps.com/fixed plan.

**Important Bill Update**

The Transmission Cost Adjustment (TCA), which appears as the "Federal transmission cost adjustment" on your bill, is increasing for most residential customers effective with their June bill. The Transmission Cost Adjustment allows for timely recovery of costs authorized by the Federal Energy Regulatory Commission related to necessary transmission infrastructure, such as large power lines that move electricity long distances, such as from a power plant to a town's substations. Increases or decreases in these rates occur due to changes in costs, as well as changes in energy and demand consumption.

- The Transmission Cost Adjustment is now a charge of $0.001060 per kilowatt-hour, an increase of $0.000690 per kilowatt-hour. For a typical residential customer, that comes out to a monthly increase of $0.72.
- Typical usage in the above example is based on 1,050 kilowatt-hours used in a month.

To learn more about adjustors and why they change, please visit aps.com/adjustors.

# Things you need to know

**Have a question, concern or dispute regarding your bill or payment?**
- Visit aps.com/contact to email us or chat
- Call 602-371-7171 (metro Phoenix) or 800-253-9405 (other areas)
- Para servicio en español llame 602-371-6861
- Hearing Impaired Dial 711 (AZ Relay)
- Send us a letter: APS, Station 3200, PO Box 53933, Phoenix AZ 85072-3933

**Have an electrical emergency? Call:**
- 855-688-2437 (metro Phoenix) or 855-688-2437 (other areas) for power outages
- 602-258-5483 (metro Phoenix) or 800-253-9408 (other areas) for other electrical emergencies
- 811 or 800-782-5348 (Blue Stake) before you dig to avoid an electrical emergency

**Important billing information:**
- Payment is due no later than 21 days from the bill date. If received later than 28 days from the bill date, your account will be delinquent and may be subject to a late payment charge of 1.5% + tax per month. If your power is shut off for nonpayment, you will need to pay the past due amount before service will be turned back on.
- We may require a deposit if an account becomes delinquent with two or more bills, or has been disconnected for nonpayment within a 12-month period. Deposits may also be required for customers with a non-residential service plan who do not meet certain financial conditions (as determined by APS using a credit scoring worksheet).
- One-time waiver
  If you're on the Fixed Energy Charge Plan and your average monthly usage increases over time causing you to be moved to a higher tier you can contact us for a one-time waiver to keep your lower tier. See APS contact information above.

**Electricity regulations and rates are approved by:**
   Arizona Corporation Commission
   1200 W Washington Street, Phoenix, AZ 85007
   602-542-4251 or 800-222-7000 (toll free in-state only)
   azcc.gov

**Mailing address or phone number change**

| First name, middle name, last name | | |
|---|---|---|
| Address (number, street name) | | |
| City | State | Zip + 4 |
| Home phone | Business phone | |
| (      ) | (      ) | |



PO BOX 37812
BOONE IA 50037-0812

| **Your electricity bill** | **Cameron Stangel** | **Your account number** |
|---|---|---|
| June 11, 2024 | | **5208191764** |

**Service plan: Fixed Energy Charge Plan - Tier 1**

**Meter number: DM8274**
**Meter reading cycle: 08**

# Charges for electricity services

## Cost of electricity you used

| | |
|---|---|
| Customer account charge | $2.29 |
| Delivery service charge | $26.36 |
| Environmental benefits surcharge | $4.66 |
| System benefits charge | $2.74 |
| Power supply adjustment* | $9.10 |
| Metering* | $3.42 |
| Meter reading* | $2.26 |
| Billing* | $2.52 |
| Generation of electricity* | $60.78 |
| Federal transmission and ancillary services* | $8.34 |
| Federal transmission cost adjustment* | $0.81 |
| Court resolution surcharge | $1.12 |
| LFCR adjustor | $1.37 |
| Cost of electricity you used | $125.77 |

## Taxes and fees

| | |
|---|---|
| Regulatory assessment | $0.30 |
| State sales tax | $7.20 |
| County sales tax | $1.29 |
| City sales tax | $4.50 |
| Franchise fee | $2.52 |
| Cost of electricity with taxes and fees | $141.58 |

| **Total charges for electricity services** | **$141.58** |
|---|---|

*\* These services are currently provided by APS but may be provided by a competitive supplier.*

### Tier 1, Your Current Monthly Average is 760 kWh
Your tier is for an average monthly energy usage of 600 kWh or less. By November, if your annual average is more than 600 kWh, you will be placed on a higher-priced tier in December.

# Amount of electricity you used

| | |
|---|---|
| Meter reading on Jun 11 | 263 |
| Meter reading on May 13 | 244 |
| Read difference is | 19 |
| Multiplier applied to the read difference | 40 |
| **Electricity you used, in kWh** | **760** |
| **Total electricity you used, in kWh** | **760** |

## Glossary of Terms

**Customer account charge** - The minimum charge for having service available, whether you used electricity or not.

**Billing** - The cost of calculating and providing your monthly statement.

**Delivery service charge** - A charge, based on your kWh usage and/or kW demand, to build and operate the equipment for delivering electricity, including lines, poles, transformers and substations.

**Demand charge (residential customers)** - A charge for the single highest hour of on-peak energy used during a billing cycle — averaged over an entire hour.

**Demand charge (business customers)** - Varies per service plan. Please see aps.com for details.

**Environmental benefits surcharge** - A charge to cover the costs of programs approved by the Arizona Corporation Commission, including: energy efficiency and renewable energy projects.

**Franchise fee** - A charge by a municipality for APS' use of the public rights-of-way for its facilities.

**Generation of electricity off-peak** - The cost of producing the electricity used during off-peak hours.

**Generation of electricity on-peak** - The cost of producing the electricity used during on-peak hours.

**Generation of electricity** - The cost of producing the electricity you used this month.

**Meter reading** - A fixed fee to determine your energy use.

**Metering** - A fixed fee for providing and servicing the meter.

**Power supply adjustment** - An adjustment mechanism to recover fluctuations in fuel and purchased power costs.

**Regulatory assessment** - A cost imposed on customers of state regulated utilities to help fund the Arizona Corporation Commission and Residential Utility Consumer's Office.

**Systems benefits charge** - A charge to cover the costs of programs approved by the Arizona Corporation Commission, including low-income assistance, demand side management, customer education, environmental, renewables, long-term public benefit research and development, nuclear fuel disposal and nuclear power plant decommissioning programs as well as other programs approved by the Commission.

**Federal transmission and ancillary services** - The cost for moving high voltage electricity from generating facilities and other sources to the APS distribution lines.

**Federal transmission cost adjustment** - A cost, based on your kWh usage, to adjust for annual changes in transmission-related costs procured to serve retail customers.

**LFCR adjustor** - A charge to recover fixed costs of providing service, such as power poles, wires, and other delivery infrastructure, that are lost due to mandated energy efficiency and rooftop solar.

**Your safety is our priority. Please remember:**
- Treat all wires with caution. Always assume a downed line is energized.
- Stay away from electrical equipment and substations.
- Electricity seeks all paths to ground. Never put yourself in a position to become a part of the path by touching energized equipment.
- If your vehicle comes in contact with a downed wire, stay in the vehicle and call 911 and then APS.
- Do not use water on an electrical fire. Call 911. If possible and if safe, unplug the device or turn off the main breaker.
- Call 811 at least two full working days before you excavate.
- Visit aps.com/safety for more electrical safety tips.

# Welcome to APS

As Arizona's largest and longest-serving energy company, APS is committed to making sure that customers like you have clean, affordable power you can count on, every day.

We know that saving energy helps you save money—it's good for the environment and our energy future too. That's why we offer a variety of rate plans, programs and solutions to help you do just that.

Take a moment to explore your options and set up your account in a way that works for you. We're glad you're here.

## Manage your account online

The easiest way to manage your APS bill is with an online account. You'll have access to settings and tools to help you save time, energy and money. Here are just a few:

• **Alerts** – Get helpful text or email alerts about power outages, your energy usage and your bill
• **Preferred Due Date** – Choose a bill due date that works for your schedule
• **AutoPay** – Sign up for automatic monthly payments by credit card or your bank account
• **And more**

If you haven't already created your account, get started now at **aps.com/register.**



Our mobile app makes it easy to manage your account and make payments on the go.

Download it now at **aps.com/app.**








# You're on our Fixed Energy Charge Plan

When you started service, you selected the Fixed Energy Charge Plan. On this plan, you'll pay the same rate no matter what time of the day or day of the week you use energy.

### How to save money on this plan

The less energy you use, the more money you'll save. For example, switch to LED light bulbs and try setting your thermostat a few degrees higher in the summer or lower in the winter. Better yet, upgrade to a smart thermostat.

Get more tips at **aps.com/fixedplan**.

### Energy-saving products for your home—for less

One of the best ways to lower your energy costs is by making your home more energy efficient. On APS Marketplace, you'll find exclusive rebates and discounts on LED light bulbs, smart thermostats and more. Shop, compare products and save at **marketplace.aps.com**.

### If you have questions, we can help

Our team is ready to assist you anytime, day or night. Call us at **(800) 253-9405**.





# Your APS bill is getting a makeover

We asked customers like you how we could improve your energy bill. Thanks to so many great ideas, the bill you receive will soon look different.

## Your new bill is:



### Easy to read
New colors and graphics make information easier to find.

### Made for you
Personalized insights help you better manage your energy use.

### Simple to understand
See a clear breakdown of costs related to your energy use.

Visit **aps.com/newbill** to learn more.



# aps

**Hello,**
Cameron Stangel
For Service At: **6 NACO RD BISBEE, AZ 85603**

Bill Date: **July 12, 2024**

| AutoPay | $381.80 |
|---|---|

AutoPay Debit Date: **August 02, 2024**
Account Number: **5208191764**

## Your July Statement

Billing Period: **June 11, 2024 to July 12, 2024**

### Account Summary

| | |
|---|---|
| Previous Balance | $141.10 |
| Payment Made, Thank You | -$141.10 |
| Autopay Discount | -$0.48 |
| **Remaining Balance** | **-$0.48** |

### Current Charges

| | |
|---|---|
| Energy Usage | $284.35 |
| Taxes, Fees & Other Charges | $97.93 |
| Total Energy Cost | $382.28 |
| **Total Amount Due** | **$381.80** |

## Your July Insights

Here are some insights into your July energy usage.

**Since Last Month, Your Cost Increased By**

↑ **$240.70**

Possibly due to a change in temperature

**Since Last Month, Your Usage Increased By**

↑ **189%**

Reference your usage details on page 2

**Compared To Last Month, Your Average Daily Cost Is**

↑ **$12.33**

This is $7.45 More than last month

---

Page 1 of 4



# aps

Autopay Debit Date: **August 02, 2024**

Bill Date: **July 12, 2024**

| AutoPay | $381.80 |
|---|---|

We will debit your checking or savings account
for **$381.80** on **August 02, 2024**

\#  000003716        I=0000000000



CAMERON STANGEL
6 NACO RD
BISBEE, AZ 85603-9754

**You do not need to mail a payment. With AutoPay, your payment is automatically deducted from your checking or savings account.**

☐ Mailing Address or Phone Number Change?
Check here and fill in the details on the back

0000000520819176440202407120000141107000038180008    000

Service Address: **6 NACO RD**
Account Number: **5208191764**

Service Plan: **Fixed Energy Charge Plan - Tier 1**

## Compare Your Monthly Energy Cost

Your energy cost this month is **$284.35** excluding your **$97.93** in taxes, adjustors and other charges which are shown on your statement details. To view more detailed historical usage data, login to aps.com



| $284 | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| $213 | | | | | | | | | | | | | |
| $142 | | | | | | | | | | | | | |
| $71 | | | | | | | | | | | | | |
| $0 | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL |

■ Energy

### Comparison

| | Last Month | This Month Last Year | This Month |
|---|---|---|---|
| Monthly Usage (kWh) | 760 | N/A | 2200 |
| Average Temperature | 76°F | N/A | 83°F |
| Days in Billing Period | 29 | N/A | 31 |
| Average Daily Cost | $3.39 | N/A | $9.17 |
| Energy Cost | $98.22 | **N/A** | $284.35 |
| Total Cost | $141.58 | N/A | $382.28 |
| Total Cost Per kWh | $0.19 | N/A | $0.17 |

### ▬ How Your Energy Usage is Calculated

Meter Number: DM8274

| Meter Reads | Jun 11 | Jul 12 | Total |
|---|---|---|---|
| Total Read | 263 | 318 | 55 kWh |
| **Multiplier** | Read | Multiplier | Total |
| Total Usage | 55 | 40 | 2200 kWh |

| ■ Energy | $284.35 |
|---|---|

2200 kWh x $0.12925/kWh (Generation, Delivery & Transmission)

### ◉ Monthly Average Energy Usage

**Tier 1, Your Current Monthly Average is 1480 kWh**
Your tier is for an average monthly energy usage of 600 kWh or less. By November, if your annual average is more than 600 kWh, you will be placed on a higher-priced tier in December.

### Heat Relief

To support our community, we partner with local organizations like The Salvation Army to provide hydration stations, transportation assistance and other resources.*

*This program is funded by APS shareholders and not included in customer rates.

### See if You Qualify Today

If you're struggling to pay your energy bill due to a sudden loss of income or unplanned major expense, you may be eligible for up to $500 in assistance through Project SHARE. Learn more today at aps.com/share.

Page 2 of 4

---

**Mailing Address Or Phone Number Change**

First Name, Middle Name, Last Name

_____
Address (Number, Street Name)

_____
Address Line 2

_____
City          State          Zip Code+4

_____
Home Phone          Business Phone
(          )          (          )



PO BOX 37812
BOONE, IA 50037-0812

||I|I|I||I|II|IIII||I|IIII||III||II|III|II|I|II|I||I|I|I|



aps

Service Address: 6 UNICO RD

Account Number: **5208191764**

Service Plan: **Fixed Energy Charge Plan - Tier 1**

## Your July Statement Details

To learn more about your bill charges visit aps.com/aboutmybill

| | |
|---|---|
| **Energy** | **$284.35** |
| *The charge for APS to generate energy and deliver it to you* | |
| System Benefits Charge (2,200.00 kWh X $0.00361/kWh) | $7.94 |
| Federal Transmission And Ancillary Services (2,200.00 kWh X $0.01097/kWh) | $24.13 |
| Energy Delivery Service Charge (2,200.00 kWh X $0.03469/kWh) | $76.32 |
| Generation Of Electricity (2,200.00 kWh X $0.07998/kWh) | $175.96 |
| **Basic Service and Other Charges** | **$11.23** |
| *Charges and credits for service* | |
| Basic Service Charge | $11.23 |
| **Adjustors** | **$44.01** |
| *Charges for programs and services, like fuel, renewable energy and energy efficiency, that can adjust annually* | |
| Environmental Benefits Surcharge | $8.10 |
| Power Supply Adjustment | $26.36 |
| Federal Transmission Cost Adjustment | $2.33 |
| LFCR Adjustor | $3.96 |
| Court Resolution Surcharge | $3.26 |
| **Taxes and Fees** | **$42.69** |
| *City and state mandated charges* | |
| Regulatory Assessment | $0.82 |
| Franchise Fee | $6.81 |
| State Sales Tax | $19.44 |
| County Sales Tax | $3.47 |
| City Sales Tax | $12.15 |

| **Total Energy Cost** | **$382.28** |
|---|---|

### Prepared For Summer Storms

We prepare for summer storm season year-round, but an outage can still happen. You can view our outage map, learn about alerts and find ways to stay safe and prepared by visiting aps.com/outagecenter.

### Safety Net

Ask mom or dad to designate you as their Safety Net partner in time for National Parents Day on July 28 so you can help keep their account on track and be their backup at aps.com/safetynet

---

 **Bill Terminology**

**kWh (Kilowatt Hour)**
Your energy usage is billed in units of kWh, or 1,000 watts of electricity used in one hour.

## APS Contact Information

We are here for you 24 hours a day, 7 days a week, if you have a question, concern or dispute

**Phone**
**Main:** 602-371-7171 (metro Phoenix) or
800-253-9405 (other areas)
**Spanish:** Para servicio en español llama al 602-371-6861
**Hearing Impaired:** Dial 711 (AZ Relay)
**Power Outages:** 855-688-2437
**Electrical Emergencies:**
602-258-5483 (metro Phoenix) or
800-253-9408 (other areas)

 **Online**
For help, visit: aps.com/help

**Mail**
**Send your payment to:**
APS, PO BOX 37812, Boone, IA 50037-0812
**Send us a letter (do not send payment here):**
APS, Station 3200, PO BOX 53933
Phoenix, AZ  85072-3933

---

### General Information
**Late Fees**
Payment is due no later than 21 days from the bill date. If received later than 28 days from the bill date, your account will be delinquent and may be subject to a late payment charge of 1.5%+ tax per month. If your power is shut off for nonpayment, you will need to pay the past due amount, and a reconnect fee if applicable, before service will be turned back on.
**Deposit May Be Required**
We may require a deposit if an account becomes delinquent with two or more bills, or has been disconnected for nonpayment within a 12-month period. Deposits may also be required for customers with certain conditions (as determined by APS using a credit scoring worksheet).
**Energy Regulations And Rates Are Approved By:**
Arizona Corporation Commission (**do not send payment here**)
1200 West Washington Street, Phoenix, AZ 85007
602-542-4251 or 800-222-7000 (toll free in-state only) | azcc.gov
**One-time Waiver**
If you're on the Fixed Energy Charge Plan and your average monthly usage increases over time causing you to be moved to a higher tier you can contact us for a one-time waiver to keep your lower tier. See APS contact information.



# Your new APS bill is here

Thanks to feedback from customers like you, we've made updates to your bill.

## Your new APS bill makes it easy to:

### Find what you're looking for

Key information is front and center, with added detail throughout.

### Manage your energy use

Look for new, personalized insights that can help you manage your energy use.

### Make a payment

Now it's easier to read the amount due and see the convenient payment options available to you.

**Visit aps.com/newbill to learn more. To request a printed copy of a sample bill, call (602) 371-7171 or (800) 253-9405, or email aps@aps.com.**



Bill Launch General ENG

# EXHIBIT 9

# Payment Status Details (As of 11/28/2025 6:50:50 PM MST)

## PAYMENT AMOUNT                    $98.74

**Name**
LINDSAY JEFFERY A

**Account**
0310902235-7

**Initiated By**
System Initiated Recurring Payment

**Email**
Cameron@rfopa.org

**Confirmation #**
3109812554

**Customer Phone**
4153502774

**Payment Account**
Bank of America BANK OF AMERICA, N.A. *****3678

| Date | Time | Event | Status |
|------|------|-------|--------|
| **Payment Request** | | | |
| **Payment Processing** | | | |
| 10/27/2024 | 08:56:52 PM MST | Payment Completed | Paid |
| 10/26/2024 | 12:31:06 AM MST | Payment Sent for Processing | Processing |
| 10/26/2024 | 12:21:16 AM MST | ACH-WEB-Recurring Payment Request Initiated for $98.74 | Initiated |
| **Payment Notification Processing** | | | |
| **Email Processing** | | | |
| 10/26/2024 | 12:31:06 AM MST | Receipt e-mail to customer.<br>E-mail Sent to: Cameron@rfopa.org | Sent |
| 10/27/2024 | 08:56:54 PM MST | Success e-mail to customer.<br>E-mail Sent to: Cameron@rfopa.org | Sent |

Show Bills Paid

# Payment Status Details (As of 11/28/2025 6:51:58 PM MST)

## PAYMENT AMOUNT                    $97.19

**Name**
LINDSAY JEFFERY A

**Account**
0310902235-7

**Initiated By**
System Initiated Recurring Payment

**Email**
Cameron@rfopa.org

**Confirmation #**
3110316947

**Customer Phone**
4153502774

**Payment Account**
Bank of America BANK OF AMERICA, N.A. *****3678

| Date | Time | Event | Status |
|------|------|-------|--------|
| **Payment Request** | | | |
| **Payment Processing** | | | |
| 12/1/2024 | 09:57:07 PM MST | Payment Completed | Paid |
| 11/29/2024 | 01:39:49 AM MST | Payment Sent for Processing | Processing |
| 11/29/2024 | 01:31:22 AM MST | ACH-WEB-Recurring Payment Request Initiated for $97.19 | Initiated |
| **Payment Notification Processing** | | | |
| **Email Processing** | | | |
| 11/29/2024 | 01:39:49 AM MST | Receipt e-mail to customer.<br>E-mail Sent to: Cameron@rfopa.org | Sent |
| 12/1/2024 | 09:57:10 PM MST | Success e-mail to customer.<br>E-mail Sent to: Cameron@rfopa.org | Sent |

Show Bills Paid

# Payment Status Details (As of 11/28/2025 6:52:29 PM MST)

## PAYMENT AMOUNT                    $99.52

**Name**                                         **Account**
LINDSAY JEFFERY A                                 0310902235-7

**Initiated By**
System Initiated Recurring Payment

**Email**                                        **Confirmation #**
Cameron@rfopa.org                                3110838077

**Customer Phone**                               **Payment Account**
4153502774                                       Bank of America BANK OF AMERICA, N.A. *****3678

| Date | Time | Event | Status |
|------|------|-------|--------|
| **Payment Request** | | | |
| **Payment Processing** | | | |
| 1/2/2025 | 09:57:11 PM MST | Payment Completed | Paid |
| 1/1/2025 | 01:24:38 AM MST | ACH-WEB-Recurring Payment Request Initiated for $99.52 | Initiated |
| 1/1/2025 | 02:28:25 AM MST | Payment Sent for Processing | Processing |
| **Payment Notification Processing** | | | |
| **Email Processing** | | | |
| 1/1/2025 | 02:28:25 AM MST | Receipt e-mail to customer.<br>E-mail Sent to: Cameron@rfopa.org | Sent |
| 1/2/2025 | 09:57:13 PM MST | Success e-mail to customer.<br>E-mail Sent to: Cameron@rfopa.org | Sent |

Show Bills Paid

# EXHIBIT 10

**DUPLICATE**

Page 1 of 4



# SOUTHWEST GAS
swgas.com

| $133.99 AMOUNT DUE | PAST DUE AFTER 07/01/2024 |

**ACCOUNT 910004249014**

Billing From 05/15/2024 - 06/10/2024

Date Mailed 06/12/2024

Customer Solutions/Soluciones al Cliente

Toll Free/Llamada Gratis **877-860-6020**

Hearing Impaired: **711**

CAMERON STANGEL
6 NACO RD UNIT 1
BISBEE, AZ 85603

**Service Address:** 6 Naco Rd Unit 1, Bisbee, AZ 85603

## DAILY AVERAGE USAGE (THERMS)

0.04 Current

0.00 Last Month

0.00 Last Year

## MONTHLY USAGE (THERMS)



Your gas usage this month

---

## IMPORTANT MESSAGES

Thank you for enrolling in the Southwest Gas Paperless Billing program. Along with receiving your first paperless bill, you will be mailed one last paper invoice.

All future bills will be presented online for your convenience.

If you have any questions regarding your bill, please visit swgas.com or call 877-860-6020 for assistance.

**APP DEDUCTION**

An Automatic Payment Plan (APP) amount of $133.99 will be deducted from your bank account on July 01, 2024.

## SUSPECT A NATURAL GAS LEAK?



Don't turn engines or equipment on or off. Leave the building or area immediately, and from a safe place, call 911 & Southwest Gas at **877-860-6020**.

Learn what to do — and what not to do — if you suspect a leak at **swgas.com/safety**.

---

·····REMIT WITH PAYMENT·····



PO Box 98890
Las Vegas, Nevada 89193-8890
**(NOT FOR PAYMENTS)**

CAMERON STANGEL
6 NACO RD UNIT 1
BISBEE, AZ 85603

| "APP" AMOUNT DUE | PAST DUE AFTER 07/01/2024 |

**ACCOUNT 910004249014**

**SEND PAYMENTS TO:**
**SOUTHWEST GAS**
PO Box 24531
Oakland, CA 94623-1531



**Please include account number on check or money order and make payable to Southwest Gas. Do not send cash through the mail.**



910004249014300001339900000000022

◄ SEE REVERSE SIDE FOR IMPORTANT DETAILS ►

200130850587      927.0 12/2019

**NOTICE TO SOUTHWEST GAS CORPORATION (SWG) ARIZONA CUSTOMERS**

***CUSTOMER QUESTIONS OR ASSISTANCE NEEDED?*** Visit **www.swgas.com** and create a MyAccount to view, manage, and customize your gas account online, or call our **local toll-free number (llamada gratis) at 1-877-860-6020** for billing questions.

**Basic Service Charge** - This monthly charge recovers a portion of the cost for delivering natural gas.

**Bill Detail** - Customers may request a detailed version of their gas bill by accessing MyAccount or calling 1-877-860-6020.

**Billing Factor** - The billing factor is used to convert the metered volume of gas into units of heat energy which are called therms. SWG bills customers on a per therm basis for the amount of energy contained in the gas delivered. The current reading minus the previous reading, times the billing factor, equals the number of therms you have used in the current billing period.

**Customer Buried Gas Piping** - Customers may have underground gas piping that is not maintained by SWG. (Reference Federal Regulation 49 CFR Part 192.16) This piping, which is typically located between the gas meter and a building or outdoor gas appliance, may consist of buried steel gas lines. Steel gas lines are subject to the effects of corrosion if they are not maintained, which could result in leakage. Regardless if the pipe is steel or plastic, it is important that underground natural gas piping is periodically monitored to identify potential problems that might cause a hazardous condition. Federal regulations encourage customers to employ qualified plumbing and heating contractors to call all inspections, monitoring, and repairing of customer buried gas piping. Unsafe conditions discovered must be repaired immediately. For assistance in locating licensed plumbers or contractors, or reviewing relocation, replacement, or maintenance options, call Energy Services at 1-800-654-2765. Remember, call before you dig to locate gas piping in advance, and excavate by hand.

**Delivery Charge Adjustment Provision** - The Delivery Charge Adjustment Provision (DCA) limits the amount SWG recovers in delivery charges to the amount authorized. Any differences between the amount authorized and the amount received are adjusted annually. The DCA is applicable to residential and Small, Medium, L1 and L2 rate schedules.

**Deposits** - If you are an existing customer, your deposit will be credited to your account, with any applicable interest, after continuous service and timely payment of bills in accordance with SWG commission approved rules. If your service has been discontinued, either at your request or by SWG, your deposit, plus any applicable interest, will be refunded to you, less the amount of any unpaid bills.

**Disconnection of Service at Customer Request** - Please call SWG at least five (5) working days in advance of the date you wish to have service disconnected. If SWG is not notified, service will continue to be billed to the customer of record.

**DOT Safety Surcharge** - This charge recovers the cost of government mandated pipeline safety programs.

**Electronic Check Conversion** - When a check is provided as payment, SWG is authorized to either use information from the check to make a one-time electronic funds transfer from the account or to process the payment as a check transaction.

**Emergency Service** - If you have an emergency, a safety related issue or are experiencing a possible gas leak immediately call 877-860-6020 and select Option 9 or call 9-1-1.

**Low Income Ratepayer Assistance (LIRA)** - Provides a 30 percent discount to income-qualified customers year-round.

**Notice to Employers** - Request a Safety Data Sheet (SDS) for odorized natural gas by calling Energy Services at 1-800-654-2765 or visiting www.swgas.com/safety. Please ensure your employees know how to obtain SDS information.

**Past Due Date/Late Pay Charge** - The monthly bill is due and payable upon presentation and becomes past due if not paid by the "Past Due After" date on the bill. A late pay charge may be added to any past due amount.

**Rates and Other Information** - The Rules and Rate Schedules of SWG are available at your nearest SWG Customer Business Office or by going online at www.swgas.com. The address and telephone number of the office that serves you are printed on the front of this bill (top).

**Regulatory Expense Surcharge** - This charge recovers costs incurred from the rate case regulatory process.

**Right of Access and Bill Estimation** - SWG will have the right of access to your premises for any purpose normally connected with the furnishing of natural gas service(s). If SWG is unable to read a meter on the scheduled date because of circumstances beyond its control, SWG will calculate the bill based upon estimated usage for that billing period.

**Service Establishment Charge** - For  each establishment of service there is a charge which appears on the first bill following the establishment of service. This charge partially covers the costs incurred to set up the service and create the account in the SWG billing system. Whenever gas service is turned off  because of nonpayment, the delinquent bill, plus a reestablishment charge, must be paid and credit reestablished before service will be restored.

**Special Service** - Special Services - Every effort will be made to ensure uninterrupted service to residential customers who notify SWG about permanent residents in their household who are seriously ill, disabled, or elderly. Also, in an effort to avoid service being turned off; any residential customer may elect to designate a third party (agency or individual) to receive a copy of all Disconnect Notices.

**Usage Charge** - Usage charges recover the cost of delivering natural gas, which is not recovered in the Basic Service Charge, and the cost of natural gas purchased by SWG on behalf of our customers.                                                                                                                                y23, m02,v1

Should you believe you have been billed incorrectly, please contact SWG at our toll-free number (llamada gratis) 1-877-860-6020. If you thereafter wish to dispute this bill, you should pay the undisputed portion of the bill and notify SWG that the amount unpaid is in dispute. Service will be continued pending investigation by SWG. Upon notification by SWG of its investigation results, you may pay the amount due within five (5) working days to prevent discontinuance of service. If the dispute is not resolved, you should submit a written statement of the facts of the dispute to the Arizona Corporation Commission at 1200 West Washington Street, Phoenix, Arizona 85007 (602) 542-4251 or toll-free 1-800-222-7000.

**Payments** - To pay 24 hours a day, 7 days a week using a debit or credit card or electronic check, go to **myaccount.swgas.com** to log into your personal MyAccount or make a payment with no log-in required. To use our automated phone system, call us toll free at **877-860-6020**, and select option **2**. See below for additional payment options.

- - - - - - - - - - - - - - - - - - - - - - - - RETAIN PORTION ABOVE DOTTED LINE FOR YOUR RECORDS - - - - - - - - - - - - - - - - - - - - - - - -



9100042490143000013399000000002

☐ If address changed, please check the box and provide new address below.

_____

_____

_____

**WAYS TO PAY**

| ONLINE | MOBILE APP | PHONE | MAIL | OVERNIGHT/ EXPRESS SHIP | PAY LOCATIONS |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| swgas.com | Download Application | PRESS 2 | PO Box 24531 Oakland, CA 94623-1 | FIS attn: Southwest Gas Lockbox 501 Canal Blvd. Suite E Richmond, CA 94804 | myaccount.swgas.com/ paystation |

DUPLICATE

**PREVIOUS BILL:**

| | |
|---|---|
| Previous Balance | 0.00 |
| Payment(s) Since Last Bill - Thank You | 0.00 |
| **Balance Forward** | **$0.00** |



**$133.99** AMOUNT DUE  **PAST DUE AFTER 07/01/2024**

**ACCOUNT 910004249014**

**RATE SCHEDULE:**
G-5 RESIDENTIAL GAS SERVICE

---

**CURRENT BILLING: 27 DAYS**

**METER READING**

| | Current | | Previous | Billing Factor | | Total Therms |
|---|---|---|---|---|---|---|
| | Jun 10 | - | May 15 | | | |
| | 4815 | - | 4814 | = | 1 x 0.8676 | = | 1 |

Next meter read date is: July 10, 2024          Cycle 05

---

| CHARGES | | | | | COST |
|---|---|---|---|---|---|
| **Delivery Charge** | 1 Therms X | 1.011380 | | = | 1.01 |
| **Rate Adjustment** | | | | | |
| Rate Adjustment | 1 Therms X | 0.349750 | | | |
| LIRA 05/15 - 05/31 | 0 Therms X | 0.016690 | | | |
| LIRA 06/01 - 06/10 | 1 Therms X | 0.030040 | | | |
| TEAM 05/15 - 05/31 | 0 Therms X | 0.009420 CR | | | |
| TEAM 06/01 - 06/10 | 1 Therms X | 0.003820 CR | | | |
| **Total Rate Adjustment** | | | | = | 0.39 |
| | | | | | |
| **Monthly Gas Cost** | Total Therms X | 0.528360 | | = | 0.53 |
| **Delivery Charge Adj** | Total Therms X | 0.093570 | | = | 0.09CR |
| **Regulatory Expense Surcharge** | | | | | 0.01 |
| **Basic Service Charge** | | | | | 10.70 |
| **Applicable Revenue Taxes** | | | | | 1.70 |
| **Security Deposit** | | | | | 80.00 |
| **Service Establishment Including Tax** | | | | | 39.74 |
| | | | | | |
| **Current Bill** | | | | | **$133.99** |
| **Balance Forward** | | | | | **$0.00** |
| **Amount Due** | | | | | **$133.99** |

| **AUTOMATIC PAYMENT PLAN  "APP" AMOUNT** | **$133.99** |
|---|---|

---

## UNLOCK SAVINGS TODAY

Ready to save on your energy bills? Explore rebates on energy-efficient appliances, home upgrades, and more at Southwest Gas. From smart thermostats to water heaters, we have rebates to fit your needs. Don't miss out on these savings — start saving money and energy today!

Visit **swgas.com/savemoney** to learn more and take advantage of rebates.



## DESBLOQUEA AHORROS HOY

¿Estás listo para ahorrar en tus facturas de energía? Explore reembolsos en electrodomésticos energéticamente eficientes, mejoras para el hogar y más en Southwest Gas. Desde termostatos inteligentes hasta calentadores de agua, tenemos reembolsos que se adaptan a sus necesidades. No se pierda estos ahorros: ¡comience a ahorrar dinero y energía hoy!

Visite **swgas.com/savemoney** para obtener más información y aprovechar los reembolsos.

**DUPLICATE**

Page 1 of 4

# SOUTHWEST GAS
swgas.com

**$14.23** AMOUNT DUE | PAST DUE AFTER **07/31/2024**

**ACCOUNT 910004249014**

Billing From 06/11/2024 - 07/10/2024
Date Mailed 07/12/2024
Customer Solutions/Soluciones al Cliente
Toll Free/Llamada Gratis **877-860-6020**
Hearing Impaired: **711**

CAMERON STANGEL
6 NACO RD UNIT 1
BISBEE, AZ 85603

**Service Address:** 6 Naco Rd Unit 1, Bisbee, AZ 85603

## DAILY AVERAGE USAGE (THERMS)



**0.03** Current
**0.04** Last Month
**0.00** Last Year

## MONTHLY USAGE (THERMS)



Your gas usage this month

J A S O N D J F M A M J J
2023                    2024

---

### IMPORTANT MESSAGES

**BE SAFE. ASK TO SEE ID.**

Verify employees and contractors by asking for identification, observing their uniforms and looking for their vehicles. Only give permission when you feel comfortable and learn more at **swgas.com/safety/verify.**

### APP DEDUCTION

An Automatic Payment Plan (APP) amount of $14.23 will be deducted from your bank account on July 31, 2024.

### WHAT'S THAT SOUND?

Even if you don't smell gas, keep an ear out for hissing or roaring coming from the ground, appliances or above ground piping. If you suspect a leak, leave the area immediately, then call **911** and Southwest Gas at **877-860-6020**.



---

· · · · REMIT WITH PAYMENT · · · ·

# SOUTHWEST GAS

PO Box 98890
Las Vegas, Nevada 89193-8890
**(NOT FOR PAYMENTS)**

**"A P P"** AMOUNT DUE | PAST DUE AFTER **07/31/2024**

**ACCOUNT 910004249014**

CAMERON STANGEL
6 NACO RD UNIT 1
BISBEE, AZ 85603

SEND PAYMENTS TO:
**SOUTHWEST GAS**
PO Box 24531
Oakland, CA 94623-1531



**Please include account number on check or money order and make payable to Southwest Gas. Do not send cash through the mail.**



9100042490143000001423000013399 2

200430787496      927.0 12/2019

**NOTICE TO SOUTHWEST GAS CORPORATION (SWG) ARIZONA CUSTOMERS**

***CUSTOMER QUESTIONS OR ASSISTANCE NEEDED?*** Visit **www.swgas.com** and create a MyAccount to view, manage, and customize your gas account online, or call our **local toll-free number (llamada gratis) at 1-877-860-6020** for billing questions.

**Basic Service Charge** - This monthly charge recovers a portion of the cost for delivering natural gas.

**Bill Detail** - Customers may request a detailed version of their gas bill by accessing MyAccount or calling 1-877-860-6020.

**Billing Factor** - The billing factor is used to convert the metered volume of gas into units of heat energy which are called therms. SWG bills customers on a per therm basis for the amount of energy contained in the gas delivered. The current reading minus the previous reading, times the billing factor, equals the number of therms you have used in the current billing period.

**Customer Buried Gas Piping** - Customers may have underground gas piping that is not maintained by SWG. (Reference Federal Regulation 49 CFR Part 192.16) This piping, which is typically located between the gas meter and a building or outdoor gas appliance, may consist of buried steel gas lines. Steel gas lines are subject to the effects of corrosion if they are not maintained, which could result in leakage. Regardless if the pipe is steel or plastic, it is important that underground natural gas piping is periodically monitored to identify potential problems that might cause a hazardous condition. Federal regulations encourage customers to employ qualified plumbing and heating contractors to call all inspections, monitoring, and repairing of customer buried gas piping. Unsafe conditions discovered must be repaired immediately. For assistance in locating licensed plumbers or contractors, or reviewing relocation, replacement, or maintenance options, call Energy Services at 1-800-654-2765. Remember, call before you dig to locate gas piping in advance, and excavate by hand.

**Delivery Charge Adjustment Provision** - The Delivery Charge Adjustment Provision (DCA) limits the amount SWG recovers in delivery charges to the amount authorized. Any differences between the amount authorized and the amount received are adjusted annually. The DCA is applicable to residential and Small, Medium, L1 and L2 rate schedules.

**Deposits** - If you are an existing customer, your deposit will be credited to your account, with any applicable interest, after continuous service and timely payment of bills in accordance with SWG commission approved rules. If your service has been discontinued, either at your request or by SWG, your deposit, plus any applicable interest, will be refunded to you, less the amount of any unpaid bills.

**Disconnection of Service at Customer Request** - Please call SWG at least five (5) working days in advance of the date you wish to have service disconnected. If SWG is not notified, service will continue to be billed to the customer of record.

**DOT Safety Surcharge** - This charge recovers the cost of government mandated pipeline safety programs.

**Electronic Check Conversion** - When a check is provided as payment, SWG is authorized to either use information from the check to make a one-time electronic funds transfer from the account or to process the payment as a check transaction.

**Emergency Service** - If you have an emergency, a safety related issue or are experiencing a possible gas leak immediately call 877-860-6020 and select Option 9 or call 9-1-1.

**Low Income Ratepayer Assistance (LIRA)** - Provides a 30 percent discount to income-qualified customers year-round.

**Notice to Employers** - Request a Safety Data Sheet (SDS) for odorized natural gas by calling Energy Services at 1-800-654-2765 or visiting www.swgas.com/safety. Please ensure your employees know how to obtain SDS information.

**Past Due Date/Late Pay Charge** - The monthly bill is due and payable upon presentation and becomes past due if not paid by the "Past Due After" date on the bill. A late pay charge may be added to any past due amount.

**Rates and Other Information** - The Rules and Rate Schedules of SWG are available at your nearest SWG Customer Business Office or by going online at www.swgas.com. The address and telephone number of the office that serves you are printed on the front of this bill (top).

**Regulatory Expense Surcharge** - This charge recovers costs incurred from the rate case regulatory process.

**Right of Access and Bill Estimation** - SWG will have the right of access to your premises for any purpose normally connected with the furnishing of natural gas service(s). If SWG is unable to read a meter on the scheduled date because of circumstances beyond its control, SWG will calculate the bill based upon estimated usage for that billing period.

**Service Establishment Charge** - For each establishment of service there is a charge which appears on the first bill following the establishment of service. This charge partially covers the costs incurred to set up the service and create the account in the SWG billing system. Whenever gas service is turned off because of nonpayment, the delinquent bill, plus a reestablishment charge, must be paid and credit reestablished before service will be restored.

**Special Service** - Special Services - Every effort will be made to ensure uninterrupted service to residential customers who notify SWG about permanent residents in their household who are seriously ill, disabled, or elderly. Also, in an effort to avoid service being turned off; any residential customer may elect to designate a third party (agency or individual) to receive a copy of all Disconnect Notices.

**Usage Charge** - Usage charges recover the cost of delivering natural gas, which is not recovered in the Basic Service Charge, and the cost of natural gas purchased by SWG on behalf of our customers.                                                                                    y23, m02,v1

Should you believe you have been billed incorrectly, please contact SWG at our toll-free number (llamada gratis) 1-877-860-6020. If you thereafter wish to dispute this bill, you should pay the undisputed portion of the bill and notify SWG that the amount unpaid is in dispute. Service will be continued pending investigation by SWG. Upon notification by SWG of its investigation results, you may pay the amount due within five (5) working days to prevent discontinuance of service. If the dispute is not resolved, you should submit a written statement of the facts of the dispute to the Arizona Corporation Commission at 1200 West Washington Street, Phoenix, Arizona 85007 (602) 542-4251 or toll-free 1-800-222-7000.

**Payments** - To pay 24 hours a day, 7 days a week using a debit or credit card or electronic check, go to **myaccount.swgas.com** to log into your personal MyAccount or make a payment with no log-in required. To use our automated phone system, call us toll free at **877-860-6020**, and select option **2**. See below for additional payment options.

- - - - - - - - - - - - - - - RETAIN PORTION ABOVE DOTTED LINE FOR YOUR RECORDS - - - - - - - - - - - - - - -



910004249014300000142300001339 92

☐ If address changed, please check the box and provide new address below.

_____

_____

_____

**WAYS TO PAY**

| ONLINE | MOBILE APP | PHONE | MAIL | OVERNIGHT/ EXPRESS SHIP | PAY LOCATIONS |
|---|---|---|---|---|---|


swgas.com


**Download Application**


**PRESS 2**


**PO Box 24531**
**Oakland, CA 94623-1531**


FIS
attn: Southwest Gas Lockbox
501 Canal Blvd. Suite E
Richmond, CA 94804


myaccount.swgas.com/
paystation

DUPLICATE

**PREVIOUS BILL:**

| | | |
|---|---|---|
| Previous Balance | 133.99 | |
| Payment(s) Since Last Bill - Thank You | 133.99CR | |
| **Balance Forward** | | **$0.00** |



| $14.23 AMOUNT DUE | PAST DUE AFTER 07/31/2024 |
|---|---|

**ACCOUNT 910004249014**

**RATE SCHEDULE:**
G-5 RESIDENTIAL GAS SERVICE

---

**CURRENT BILLING: 30 DAYS**

| METER READING | Current | | Previous | | Billing Factor | | Total Therms |
|---|---|---|---|---|---|---|---|
| | Jul 10 | - | Jun 11 | | | | |
| | 4816 | - | 4815 | = | 1 x 0.8651 | = | 1 |
| | Next meter read date is: August 08, 2024 | | | | Cycle 05 | | |

---

| CHARGES | | | | | COST |
|---|---|---|---|---|---|
| **Delivery Charge** | 1 Therms X | 1.011380 | | = | **1.01** |
| | | | | | |
| **Rate Adjustment** | | | | | |
| Rate Adjustment | 1 Therms X | 0.369940 | | | |
| COYL 06/11 - 06/14 | 0 Therms X | 0.006030 | | | |
| COYL 06/15 - 07/10 | 1 Therms X | 0.002490 | | | |
| **Total Rate Adjustment** | | | | = | **0.38** |
| | | | | | |
| **Monthly Gas Cost** | Total Therms X | 0.528360 | | = | **0.53** |
| **Delivery Charge Adj** | Total Therms X | 0.093570 | | = | **0.09CR** |
| **Regulatory Expense Surcharge** | | | | | **0.01** |
| **Basic Service Charge** | | | | | **10.70** |
| **Applicable Revenue Taxes** | | | | | **1.69** |
| | | | | | |
| **Current Bill** | | | | | **$14.23** |
| **Balance Forward** | | | | | **$0.00** |
| **Amount Due** | | | | | **$14.23** |

| **AUTOMATIC PAYMENT PLAN    "APP" AMOUNT** | **$14.23** |
|---|---|

---



## SIZZLING SUMMER SAVINGS

Being energy-conscious helps you save while enjoying time outdoors with friends and family. Consider using a grill instead of your oven during warmer months to keep your home cooler.

Make the most of your summer savings by taking advantage of tips and rebates for your home or business at **swgas.com/tips**.

## GRANDES AHORROS PARA EL VERANO

Ser consciente de la energía ayuda ahorrar mientras que usted disfruta su tiempo afuera con sus amigos y familiares. Considere usar una parrilla en lugar de tu horno durante los meses más cálidos para mantener tu hogar más fresco.

Aprovecha al máximo tu verano ahorro aprovechando consejos y descuentos para su hogar onegocios en **swgas.com/tips**.

DUPLICATE



**SOUTHWEST GAS**

swgas.com

Page 1 of 4

| **$14.26** AMOUNT DUE | PAST DUE AFTER 09/03/2024 |

**ACCOUNT 910004249014**

Billing From 07/11/2024 - 08/08/2024

Date Mailed 08/12/2024

Customer Solutions/Soluciones al Cliente

Toll Free/Llamada Gratis **877-860-6020**

Hearing Impaired: **711**

CAMERON STANGEL
6 NACO RD UNIT 1
BISBEE, AZ 85603

**Service Address:** 6 Naco Rd Unit 1, Bisbee, AZ 85603

## DAILY AVERAGE USAGE (THERMS)



**0.03** Current

**0.03** Last Month

**0.00** Last Year

## MONTHLY USAGE (THERMS)



Your gas usage this month

## IMPORTANT MESSAGES

**ENERGY SAFE KIDS**

We've teamed up with the National Energy Foundation to provide fun and interactive natural gas education created just for kids. Find fun tools and engaging materials at **energysafekids.org/swgas.**

**APP DEDUCTION**

An Automatic Payment Plan (APP) amount of $14.26 will be deducted from your bank account on September 03, 2024.

**GRILL SAFELY THIS SUMMER**



With summer in full swing, we'd like to share some tips to ensure you and your family enjoy the grilling season safely.

Visit **swgas.com/grilling** to learn more.

---

REMIT WITH PAYMENT



**SOUTHWEST GAS**

PO Box 98890
Las Vegas, Nevada 89193-8890
**(NOT FOR PAYMENTS)**

CAMERON STANGEL
6 NACO RD UNIT 1
BISBEE, AZ 85603

| **"APP"** AMOUNT DUE | PAST DUE AFTER 09/03/2024 |

**ACCOUNT 910004249014**

SEND PAYMENTS TO:
**SOUTHWEST GAS**
PO Box 24531
Oakland, CA 94623-1531



**Please include account number on check or money order and make payable to Southwest Gas. Do not send cash through the mail.**



9100042490143000001426000014230

SEE REVERSE SIDE FOR IMPORTANT DETAILS



200300937852      927.0 12/2019

**NOTICE TO SOUTHWEST GAS CORPORATION (SWG) ARIZONA CUSTOMERS**

***CUSTOMER QUESTIONS OR ASSISTANCE NEEDED?*** Visit **www.swgas.com** and create a MyAccount to view, manage, and customize your gas account online, or call our **local toll-free number (llamada gratis) at 1-877-860-6020** for billing questions.

**Basic Service Charge** - This monthly charge recovers a portion of the cost for delivering natural gas.

**Bill Detail** - Customers may request a detailed version of their gas bill by accessing MyAccount or calling 1-877-860-6020.

**Billing Factor** - The billing factor is used to convert the metered volume of gas into units of heat energy which are called therms. SWG bills customers on a per therm basis for the amount of energy contained in the gas delivered. The current reading minus the previous reading, times the billing factor, equals the number of therms you have used in the current billing period.

**Customer Buried Gas Piping** - Customers may have underground gas piping that is not maintained by SWG. (Reference Federal Regulation 49 CFR Part 192.16) This piping, which is typically located between the gas meter and a building or outdoor gas appliance, may consist of buried steel gas lines. Steel gas lines are subject to the effects of corrosion if they are not maintained, which could result in leakage. Regardless if the pipe is steel or plastic, it is important that underground natural gas piping is periodically monitored to identify potential problems that might cause a hazardous condition. Federal regulations encourage customers to employ qualified plumbing and heating contractors for all inspections, monitoring, and repairing of customer buried gas piping. Unsafe conditions discovered must be repaired immediately. For assistance in locating licensed plumbers or contractors, or reviewing relocation, replacement, or maintenance options, call Energy Services at 1-800-654-2765. Remember, call before you dig to locate gas piping in advance, and excavate by hand.

**Delivery Charge Adjustment Provision** - The Delivery Charge Adjustment Provision (DCA) limits the amount SWG recovers in delivery charges to the amount authorized. Any differences between the amount authorized and the amount received are adjusted annually. The DCA is applicable to residential and Small, Medium, L1 and L2 rate schedules.

**Deposits** - If you are an existing customer, your deposit will be credited to your account, with any applicable interest, after continuous service and timely payment of bills in accordance with SWG commission approved rules. If your service has been discontinued, either at your request or by SWG, your deposit, plus any applicable interest, will be refunded to you, less the amount of any unpaid bills.

**Disconnection of Service at Customer Request** - Please call SWG at least five (5) working days in advance of the date you wish to have service disconnected. If SWG is not notified, service will continue to be billed to the customer of record.

**DOT Safety Surcharge** - This charge recovers the cost of government mandated pipeline safety programs.

**Electronic Check Conversion** - When a check is provided as payment, SWG is authorized to either use information from the check to make a one-time electronic funds transfer from the account or to process the payment as a check transaction.

**Emergency Service** - If you have an emergency, a safety related issue or are experiencing a possible gas leak immediately call 877-860-6020 and select Option 9 or call 9-1-1.

**Low Income Ratepayer Assistance (LIRA)** - Provides a 30 percent discount to income-qualified customers year-round.

**Notice to Employers** - Request a Safety Data Sheet (SDS) for odorized natural gas by calling Energy Services at 1-800-654-2765 or visiting www.swgas.com/safety. Please ensure your employees know how to obtain SDS information.

**Past Due Date/Late Pay Charge** - The monthly bill is due and payable upon presentation and becomes past due if not paid by the "Past Due After" date on the bill. A late pay charge may be added to any past due amount.

**Rates and Other Information** - The Rules and Rate Schedules of SWG are available at your nearest SWG Customer Business Office or by going online at www.swgas.com. The address and telephone number of the office that serves you are printed on the front of this bill (top).

**Regulatory Expense Surcharge** - This charge recovers costs incurred from the rate case regulatory process.

**Right of Access and Bill Estimation** - SWG will have the right of access to your premises for any purpose normally connected with the furnishing of natural gas service(s). If SWG is unable to read a meter on the scheduled date because of circumstances beyond its control, SWG will calculate the bill based upon estimated usage for that billing period.

**Service Establishment Charge** - For each establishment of service there is a charge which appears on the first bill following the establishment of service. This charge partially covers the costs incurred to set up the service and create the account in the SWG billing system. Whenever gas service is turned off because of nonpayment, the delinquent bill, plus a reestablishment charge, must be paid and credit reestablished before service will be restored.

**Special Service** - Special Services - Every effort will be made to ensure uninterrupted service to residential customers who notify SWG about permanent residents in their household who are seriously ill, disabled, or elderly. Also, in an effort to avoid service being turned off; any residential customer may elect to designate a third party (agency or individual) to receive a copy of all Disconnect Notices.

**Usage Charge** - Usage charges recover the cost of delivering natural gas, which is not recovered in the Basic Service Charge, and the cost of natural gas purchased by SWG on behalf of our customers.

y23, m02,v1

Should you believe you have been billed incorrectly, please contact SWG at our toll-free number (llamada gratis) 1-877-860-6020. If you thereafter wish to dispute this bill, you should pay the undisputed portion of the bill and notify SWG that the amount unpaid is in dispute. Service will be continued pending investigation by SWG. Upon notification by SWG of its investigation results, you may pay the amount due within five (5) working days to prevent discontinuance of service. If the dispute is not resolved, you should submit a written statement of the facts of the dispute to the Arizona Corporation Commission at 1200 West Washington Street, Phoenix, Arizona 85007 (602) 542-4251 or toll-free 1-800-222-7000.

**Payments** - To pay 24 hours a day, 7 days a week using a debit or credit card or electronic check, go to **myaccount.swgas.com** to log into your personal MyAccount or make a payment with no log-in required. To use our automated phone system, call us toll free at **877-860-6020**, and select option **2**. See below for additional payment options.

- - - - - - - - - - RETAIN PORTION ABOVE DOTTED LINE FOR YOUR RECORDS - - - - - - - - - -



9100042490143000001426000014230

☐ If address changed, please check the box and provide new address below.

_____

_____

_____

**WAYS TO PAY**

| ONLINE | MOBILE APP | PHONE | MAIL | OVERNIGHT/ EXPRESS SHIP | PAY LOCATIONS |
|---|---|---|---|---|---|
|  |  | |  |  |  |
| swgas.com | **Download Application** | **PRESS 2** | **PO Box 24531** **Oakland, CA 94623-1531** | **FIS** attn: Southwest Gas Lockbox 501 Canal Blvd. Suite E Richmond, CA 94804 | myaccount.swgas.com/ paystation |

**DUPLICATE**

**PREVIOUS BILL:**

| | |
|---|---|
| Previous Balance | 14.23 |
| Payment(s) Since Last Bill - Thank You | 14.23CR |
| **Balance Forward** | **$0.00** |



**$14.26** AMOUNT DUE     PAST DUE AFTER **09/03/2024**

**ACCOUNT 910004249014**

**RATE SCHEDULE:**
G-5 RESIDENTIAL GAS SERVICE

**CURRENT BILLING: 29 DAYS**

| METER READING | Current | | Previous | | Billing Factor | | Total Therms |
|---|---|---|---|---|---|---|---|
| | Aug 08 | - | Jul 11 | | | | |
| | 4817 | - | 4816 | = | 1 x 0.8676 | = | 1 |

Next meter read date is: September 09, 2024     Cycle 05

**CHARGES** ▼

**COST** ▼

| | | | | | |
|---|---|---|---|---|---|
| **Delivery Charge** | 1 Therms X | 1.011380 | = | | **1.01** |
| **Rate Adjustment** | Total Therms X | 0.372430 | = | | **0.38** |
| **Monthly Gas Cost** | Total Therms X | 0.528360 | = | | **0.53** |
| **Delivery Charge Adj** | Total Therms X | 0.093570 | = | | **0.09CR** |
| **Regulatory Expense Surcharge** | | | | | **0.01** |
| **Basic Service Charge** | | | | | **10.70** |
| **Applicable Revenue Taxes** | | | | | **1.72** |
| | | | | | |
| **Current Bill** | | | | | **$14.26** |
| **Balance Forward** | | | | | **$0.00** |
| **Amount Due** | | | | | **$14.26** |

| | |
|---|---|
| **AUTOMATIC PAYMENT PLAN     "APP" AMOUNT** | **$14.26** |

## DIGGING?

Planning to dig a hole for planting a tree, installing a fence, or another project?

Before you start, be sure to **call 811** to get underground utility-owned lines marked around the project. It's a free and simple way to avoid hitting any underground utilities that could cause serious problems. **Calling 811** helps prevent issues like cutting a power line, hitting a natural gas pipe, or disrupting your internet service.

Stay safe and smart —
**call 811** before you dig.



## ¿EXCAVACIÓN?

¿Planea cavar un hoyo para plantar un árbol, instalar una cerca u otro proyecto?

Antes de comenzar, asegúrese de **llamar al 811** para que marquen las líneas subterráneas de propiedad de los servicios públicos alrededor del proyecto. Es una forma sencilla y gratuita de evitar acceder a servicios públicos subterráneos que podrían causar problemas graves. **Llamar al 811** ayuda a prevenir problemas como cortar una línea eléctrica, golpear una tubería de gas natural o interrumpir su servicio de Internet.

Manténgase seguro e inteligente: **llame al 811** antes de excavar.

# EXHIBIT B

# Declaration of Beau Reichert

1.      I am over the age of 18 and have personal knowledge of the facts in this Declaration unless otherwise stated.

2.      I am the partner of the plaintiff, Cameron Stangel, in the lawsuit in which this Declaration is submitted.

3.      Cameron and I first learned of the property at 6 Naco Rd., Bisbee, AZ, (the Property")in 2022  when we discovered it while visiting Bisbee in 2022. We set a goal to move there and start a nonprofit foundation. It was exactly the kind of property we were looking for in the kind of natural and cultural setting we wanted. It is a unique property that would be perfect for specific personal and professional goals.

4.      We visited the property several times after that and worked to figure out how we might financially manage to buy it.

5.      In October 2023, we rented a booth space at the Round Top Antiques Festival. We met Jeffery Lindsay and told him about our plans. He asked many questions about the property and our foundation. He said he might be able to help in some way.

6.      We met up with Lindsay again in March 2024 at the Springtime version of the same antiques festival. We talked with him about some of the ideas we discussed with the owner of the Property, but he did not seem interested in them.

7.      Not long after, Lindsay contacted Cameron to suggest he might hire her to help him arrange his travel in return for the Property. He and Cameron started working on an agreement. We planned to meet up in Bisbee to discuss and finalize the agreement.

8.      Cameron and I stayed at the Fire House, and Lindsay stayed at an Airbnb nearby. Cameron and I arrived at the Property on the evening of April 10, 2024.

9.      For two days, while we were in Bisbee, Cameron and Lindsay were talking on the phone about a potential agreement. At one point, Lindsay came to the Property to discuss the agreement with Cameron in person. Lindsay always made a point of only speaking with Cameron about the details of the agreement. I went for a walk while they talked, and I came back about an hour to an hour-and-a-half later. Lindsay was still there, so I went downstairs while they finished up.

10.     Cameron and Lindsay kept negotiating terms almost until the signing of the agreement. Lindsay met Cameron and me at the Property to drive to the title agency together, where they would sign the agreement before a notary.

11.     On the way to the title agency, Cameron became concerned about some of the negotiations and had Lindsay pull over so they could rediscuss. I left the car while they renegotiated.

Reichert – 2

12.     Lindsay knew that our whole purpose in wanting to acquire the Property was to run our foundation out of it. We planned to build a dark room and open a little store on the first floor for the public to use and so we could raise money.

13.     I moved our household into the Fire House in May 2024. Cameron joined me a few weeks later after her first travel coordinator trip with Lindsay.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
                    12/30/2025

Beau Reichert (Dec 30, 2025 09:22:55 MST)

Beau Reichert

# Ex B - Reichert Declaration

Final Audit Report                                                           2025-12-30

| | |
|---|---|
| Created: | 2025-12-30 |
| By: | Trevor Cook (trevor@silencelaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAA8MkkOiYa7-XWfH_RTovfDjvHegzCndIU |

## "Ex B - Reichert Declaration" History

📄 Document created by Trevor Cook (trevor@silencelaw.com)
2025-12-30 - 4:14:40 PM GMT

📧 Document emailed to Beau Reichert (beaureichert@gmail.com) for signature
2025-12-30 - 4:14:44 PM GMT

📄 Email viewed by Beau Reichert (beaureichert@gmail.com)
2025-12-30 - 4:22:40 PM GMT

✍️ Document e-signed by Beau Reichert (beaureichert@gmail.com)
Signature Date: 2025-12-30 - 4:22:55 PM GMT - Time Source: server

✅ Agreement completed.
2025-12-30 - 4:22:55 PM GMT

**Adobe Acrobat Sign**

# EXHIBIT C

JEFF LINDSAY vs BEAU REICHERT, ET AL
TRANSCRIPT OF AUDIO RECORDED PROCEEDINGS 06/16/2025

```
1              IN THE JUSTICE COURTS OF COCHISE COUNTY ARIZONA
                        BISBEE JUSTICE COURT
2                        207 NORTH JUDD DRIVE
               BISBEE, ARIZONA  85603 * 520-432-9540
3

4    JEFF LINDSAY, a single man,          )
                                          )
5                            Plaintiff,   )
                                          )
6     vs.                                 )  No. CV2025000085
                                          )
7    BEAU REICHERT, a single man;         )
     JOHN DOES 1-3; and JANE DOES 1 -3,   )
8                                         )
                             Defendant.   )
9    _____)  EVICTION ACTION

10

11           TRANSCRIPT OF AUDIO-RECORDED PROCEEDINGS

12

13                     Bisbee, Arizona

                       June 16, 2025
14

15

16           BEFORE THE HONORABLE JANUS POPPE

17                 JUSTICE OF THE PEACE

18

19     (File names:  CV2025000085 6162025 pt1, pt2 and pt3)

20

21

22

23   Prepared by:

24   Deanna C. Bakurza, RPR
     Arizona Certified Reporter
25   Certification No. 50412
```

JEFF LINDSAY vs BEAU REICHERT, ET AL
TRANSCRIPT OF AUDIO RECORDED PROCEEDINGS 04/16/2025                        Page 2

```
 1   APPEARANCES

 2        FOR THE PLAINTIFF:
               Jeremy T. Shorbe, Esq.
 3             BURRIS & MacOMBER PLLC
               2478 E. River Road
 4             Tucson, AZ  85718
               520-775-2000
 5             jeremy@burrismacomber.com

 6
          FOR THE DEFENDANTS:
 7             Mark A. Tucker, Esq.
               TUCKER LAW GROUP PC
 8             40 North Center, Suite 204
               Mesa, AZ  85201
 9             480-633-9466
               mark@tuckerlawaz.com
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

 1  this other case.  It is true that -- that the -- the
 2  co-tenant, Cameron Stangel, has sent a demand letter to
 3  our client.  We started working on that.  But that's
 4  separate and apart.  The only thing that matters is a very
 5  small box, Your Honor, that -- that -- that Your Honor has
 6  to decide.  Was there an obligation?  Did -- did we give
 7  them a chance to cure?  There's no bad faith in that.  It
 8  says, Hey, we had to pay these things.  You know, that
 9  under the lease, you're responsible for those, please
10  reimburses us within the time the statute allows.  Were
11  they given that time?  Yes, they were.
12              Did they cure within that time?  No, they
13  did not.
14              Were they given four additional days?  Yes,
15  they did.
16              Did they cure within the four additional
17  days?  No, they did not.
18              Have they cured even today, as we stand
19  here, Your Honor?  No, they have not.
20              It's more than just about rent.  It's more
21  than just about money.  They had to get the insurance.
22  They didn't do it.
23              And so, Your Honor, what I'm saying is that
24  everything that the Court needs to rule on is -- has been
25  submitted by the parties.  There's been no question of

 1  complied with the lease, which they failed to do.  They

 2  were supposed to get a policy that doesn't say Jeff

 3  Lindsay as the insured.  It needed to see Beau Reichert as

 4  the insured with Jeff Lindsay as an additional insured.

 5  That's what the lease required.  That's what they failed

 6  to do.

 7              That's what we asked them to do so they were

 8  fully on notice.  This issue of the -- the -- the -- the

 9  taxes and the notice, and you know they had all that time

10  to pay but they didn't pay, that's all public record.

11              And Ms. Stangel, the co-tenant, she drafted

12  this lease, Your Honor.  She knew that the intent of the

13  parties was that she would take care of the taxes, but she

14  failed utterly to do that.  And so our client said, well,

15  there's gonna be consequences starting to bear, so we're

16  gonna go ahead and pay it, but it's not rent.

17              But the point is, we don't have to get

18  into -- to the -- the insurance.  The only thing that

19  really matters as far as the Court's analysis today is did

20  they get their own policy from anyone else?  Anyone -- any

21  other insurance company that they wanted, that they would

22  have gotten that.  That's what the lease required.  Did

23  they do it?  And did they do it after we notified them

24  that they needed to do it?  Did they do it within that

25  time period?  Well, their own letter from their own