*Exhibit "A"*

**BURRIS & MACOMBER, PLLC**
ATTORNEYS AT LAW
2478 E. River Road • Tucson, AZ 85718

PHOENIX AZ 852
22 NOV 2025 PM



US POSTAGE
$000.74
First-Class - IMI
ZIP 85718
11/20/2025
036B 0011812785

Beau Reichert
6 Naco Road
Bisbee, AZ 85603

NIXIE        850   DE 1           0011/26/25
        RETURN TO SENDER
        INSUFFICIENT ADDRESS
        UNABLE TO FORWARD

IA      BC: 85718652278    *ZZ14-00967-22-31

85718?6522
85603-119206

---

**BURRIS & MACOMBER, PLLC**
ATTORNEYS AT LAW
2478 E. River Road • Tucson, AZ 85718

PHOENIX AZ 852
22 NOV 2025 PM



US POSTAGE
$010.44
First-Class - IMI
ZIP 85718
11/20/2025
036B 0011812785

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE
**CERTIFIED MAIL®**



9589 0710 5270 3071 4053 51

Beau Reichert
6 Naco Road
Bisbee, AZ 85603

NIXIE       850   DE 1           0011/27/25
        RETURN TO SENDER
        NO MAIL RECEPTACLE
        UNABLE TO FORWARD

NMR     BC: 85718652278    *ZZ14-01306-22-31

85718?6522
85603-119206