IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cameron Stangel,<br><br>    Plaintiff,<br><br>v.<br><br>Jeffery Lindsay,<br><br>    Defendant. | No. CV-25-00471-TUC-JCH<br><br>**ORDER** |

On Plaintiff's request (Doc. 13) and the Court's own motion, and good cause appearing,

**IT IS ORDERED** that Defendant Jeffrey Lindsay's Motion to Dismiss (Doc. 8) and Plaintiff Cameron Stangel's Motion for Leave to Amend (Doc. 12) shall be heard on Thursday, February 26, 2026 at 10:30 AM.

Dated this 20th day of January, 2026.

John C. Hinderaker
United States District Judge