DISTRICT JUDGE'S MINUTES
IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA – TUCSON

| | |
|---|---|
| U.S. District Judge: John C. Hinderaker | Date: February 26, 2026 |
| Stangel v. Lindsay | Case Number: CV-25-00471-JCH |

Attorney for Plaintiff: Trevor B Cook
Attorney for Defendant: Jeremy Travis Shorbe
Defendant: Jeffrey Lindsay
Court reporter: Anne Meyer
Courtroom deputy: Armida Butler

**Motion Hearing**

The Court heard discussion and considered arguments concerning Plaintiff's Motion for Leave to Amend (Doc. 12) and Defendant's Motion to Dismiss the First Amended Complaint (Doc. 8).

IT IS ORDERED granting Plaintiff's Motion for Leave to Amend the Complaint (Doc. 12). With respect to the judicial estoppel argument, the Court finds it premature to address the issue. The Court determines that the claims are not futile. With respect to undue delay, there were some new allegations that could have been alleged sooner. There are also some allegations that arose after the First Amended Complaint was filed, these comprise most of the allegations in the Second Amended Complaint. The Court does not see undue delay in this case, given the timing and given that there has not been an Answer filed yet in this case. With respect to undue prejudice, there is nothing about the filing of the Second Amended Complaint that will hamstring the defendant's ability to defend itself on the merits. With respect to the issue involving the withdrawal or disqualification of counsel for the Defendant, the record is that counsel does not intend to withdraw following the filing of the Second Amended Complaint. Additionally, if this were to become an issue, that would be based upon the actions of counsel and not upon the Second Amended Complaint. The Plaintiff will file the Second Amended Complaint by close of business today.

On the issue of personal jurisdiction, the Court has before it Defendant's Motion to Dismiss the First Amended Complaint. The Court finds that the motion carries over and applies to the Second Amended Complaint. Per discussion with the parties, the Defendant is still asserting the personal jurisdiction defense. The Defendant has by close of business on March 27, to file a ten-page supplemental brief with any exhibits deemed appropriate. The Plaintiff will have until Friday, April 3, to file a ten-page supplemental brief.

                                                Motion Hearing:
                                                25 min.
                                                10:30 a.m. – 10:55 a.m.

| | |
|---|---|
| Kitaj et al v. Van Handel et al. | Date: February 19, 2025 |
| Case Number: CV-22-00463-TUC-JCH | Page 2 of 2 |