# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Cameron Stangel, | Case No.  CV-25-471-JCH |
| Plaintiff, | **ORDER GRANTING** |
| v. | **SUBSTITUTION OF COUNSEL** |
| Jeffery Lindsay, | (Assigned to the Hon. John C. Hinderaker) |
| Defendant. | |

Pursuant to Rule 83.3.(b)(1), L.R.Civ.P., Defendant Jeffery Lindsay hereby consents to attorneys Ross P. Meyer and Morgan E. Silva, of Enara Law PLLC, Motion for Substitution of Counsel with Client Consent and good cause appearing,

IT IS HEREBY ORDERED, permitting D. Rob Burris and Jeremy T. Shorbe of Burris & Macomber to withdraw as counsel of Defendant Jeffery Lindsay and permitting Ross P. Meyer and Morgan E. Silva of Enara Law PLLC to be substituted in as new counsel on behalf of Defendant Jeffery Lindsay.

IT IS FURTHER ORDERED, all further pleadings, notices, correspondence, filings and order shall be distributed to Defendant's new counsel as follows:

1

Ross P. Meyer
Morgan E. Silva
**ENARA LAW PLLC**
7631 E. Greenway Road, Suite B-2
Scottsdale, AZ 85260
602.687.2010
Ross@enaralaw.com
Morgan@enaralaw.com
Filings@enaralaw.com

DATED:_____

_____
Honorable John C. Hinderaker
United States District Judge

2