**Ross P. Meyer (028473)**
Ross@EnaraLaw.com
**Morgan E. Silva (039166)**
Morgan@EnaraLaw.com
**Enara Law PLLC**
7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
Telephone: (602) 687-2010
Filings@EnaraLaw.com
*Attorneys for Defendant Jeffery Lindsay*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cameron Stangel, | Case No.  CV-25-471-JCH |
| Plaintiff, | **DEFENDANT'S MOTION FOR SUBSTITUTION OF COUNSEL** |
| v. | |
| Jeffery Lindsay, | (Assigned to the Hon. John C. Hinderaker) |
| Defendant. | |

Pursuant to Rule 83.3(b)(1), LRCiv. P., Ross P. Meyer and Morgan E. Silva, of Enara Law PLLC, respectfully request to be substitute as counsel for Defendant Jeffery Lindsay and D. Rob Burris and Jeremy T. Shorbe of Burris & Macomber, be permitted to withdraw.

The reason for this substitution is due to Defendant's choice in counsel going forward in this matter.

All service documents and other contacts in this litigation should henceforth be directed to Mr. Meyer and Ms. Silva as counsel of record addressed as follows:

1

Ross P. Meyer
Morgan E. Silva
**ENARA LAW PLLC**
7631 E. Greenway Road, Suite B-2
Scottsdale, AZ 85260
(602) 698-2010
Ross@enaralaw.com
Morgan@enaralaw.com
Filings@enaralaw.com

No party will be prejudiced as a result of this withdrawal and substitution of counsel.

A proposed form of Order has been lodged herewith.

**RESPECTFULLY SUBMITTED** this 27th day of March, 2026.

ENARA LAW, PLLC

By: /s/ *Ross P. Meyer*
      Ross P. Meyer
      Morgan E. Silva
      *Attorneys for Defendant*
      *Jeffery Lindsay*

**ORIGINAL** e-filed via CM / ECF this 27th day of March, 2026.

**COPY** of the foregoing e-served and e-mailed This 27th day of March, 2026, to:

Jeffrey Silence, Esq.
Trevor Cook, Esq.
**Silence Law Group, PLLC**
20235 N. Cave Creek Road | Suite 104 | #460
Phoenix, AZ  85204
jeff@silencelaw.com
trevor@silencelaw.com
*Attorneys for Plaintiff*

James Burr Shields, Esq.
**Shields Petitti & Zoldan, PLC**
5090 N. 40th Street | Suite 207
Phoenix, AZ  85018
burr@shieldspetitti.com
*Attorneys for Plaintiff*

2

**COURTESY COPY** of the foregoing emailed this 27th day of March, 2026, to:

D. Rob Burris, Esq.
Jeremy T. Shorbe
**Burris & Macomber, PLLC**
2478 East River Road
Tucson, AZ  85718
rob@burrismacomber.com
jeremy@burrismacomber.com
*Previous Counsel for Defendant Jeffery Lindsay*

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March, 2026, the foregoing document described herein above was sent via CM/ECF to Plaintiff and Defendant, delineated herein below:

James Burr Shields, Esq.
Shields Petitti & Zoldan, PLC
5090 N. 40th Street | Suite 207
Phoenix, AZ  85018
burr@shieldspetitti.com
*Attorneys for Plaintiff*

Jeffrey Silence, Esq. | Trevor Cook, Esq.
Silence Law Group, PLLC
20235 N. Cave Creek Road | Suite 104 | #460
Phoenix, AZ  85204
jeff@silencelaw.com | trevor@silencelaw.com
*Attorneys for Plaintiff*

D. Rob Burris, Esq. | Jeremy T. Shorbe
**Burris & Macomber, PLLC**
2478 East River Road
Tucson, AZ  85718
rob@burrismacomber.com | jeremy@burrismacomber.com
*Previous Counsel for Defendant Jeffery Lindsay*

By:*/s/ Tammy S. Spears*

3