**Ross P. Meyer (028473)**
Ross@EnaraLaw.com
**Morgan E. Silva (039166)**
Morgan@EnaraLaw.com
**Enara Law PLLC**
7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
Telephone: (602) 687-2010
Filings@EnaraLaw.com
*Attorneys for Defendant Jeffery Lindsay*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cameron Stangel,<br><br>                    Plaintiff,<br><br>v.<br><br>Jeffery Lindsay,<br><br>                    Defendant. | Case No.  CV-25-471-JCH<br><br>**CONSENT TO SUBSTITUTION<br>OF COUNSEL**<br><br>(Assigned to the Hon.<br>John C. Hinderaker) |

Defendant Jeffery Lindsay hereby consents to attorneys Ross P. Meyer and Morgan E. Silva, of Enara Law PLLC, substituting in as his counsel of record in the above-referenced action in place of his current counsel D. Rob Burris and Jeremy T. Shorbe of Burris & Macomber.

DATED:  03 / 26 / 2026

By *Jeff Lindsay*
Jeffery Lindsay

1

Doc ID: 08b6bd0fc79ca26b0fae3b16702403c84a990991

**Dropbox** Sign                                                               Audit trail

| | |
|---|---|
| **Title** | 2026 0325 - Consent to Substitution of Counsel.pdf |
| **File name** | 2026%200325%20-%2...0of%20Counsel.pdf |
| **Document ID** | 08b6bd0fc79ca26b0fae3b16702403c84a990991 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Signed |

**This document was requested from app.clio.com**

## Document History

**SENT**

**03 / 26 / 2026**
16:34:20 UTC

Sent for signature to Jeff Lindsay (jeff@angelesranch.com)
by services@clio.com acting on behalf of leslie@enaralaw.com
IP: 184.188.108.76

**VIEWED**

**03 / 26 / 2026**
16:40:34 UTC

Viewed by Jeff Lindsay (jeff@angelesranch.com)
IP: 24.32.140.140

**SIGNED**

**03 / 26 / 2026**
16:40:53 UTC

Signed by Jeff Lindsay (jeff@angelesranch.com)
IP: 24.32.140.140

**COMPLETED**

**03 / 26 / 2026**
16:40:53 UTC

The document has been completed.

Powered by **Dropbox** Sign