**Ross P. Meyer (028473)**
Ross@EnaraLaw.com
**Morgan E. Silva (039166)**
Morgan@EnaraLaw.com
**Enara Law PLLC**
7631 East Greenway Road, Suite B-2
Scottsdale, Arizona 85260
Telephone: (602) 687-2010
Filings@EnaraLaw.com
*Attorneys for Defendant Jeffery Lindsay*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Cameron Stangel, | Case No.  4:25-cv-00471-JCH |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS SUPPLEMENTAL BRIEFING (DOC. 18)** |
| v. | **(First Request)** |
| Jeffery Lindsay, | |
| Defendant. | (Assigned to the Hon. John C. Hinderaker) |

The parties, by and through undersigned counsel, hereby stipulate and request that this Court extend the current deadlines to file the Motion to Dismiss Supplemental Briefings. (Doc. 18).

Ross P. Meyer and Morgan E. Silva, of Enara Law PLLC, were recently retained to represent Defendant Jeffery Lindsay in this matter and filed a Motion for Substitution of Counsel on March 27, 2026. Due to the recent substitution of counsel, Defendant's counsel requires additional time to review the case file, consult with the Defendant, and adequately prepare for upcoming deadlines and proceedings. A brief extension of one (1) week to file the Motion to Dismiss Supplemental Briefings deadline is necessary to ensure

1

Defendant receives competent and effective representation. This is the parties first extension sought for the Supplemental Briefings.

Defendant respectfully requests his deadline to file supplemental briefing be extended from March 27, 2026 to April 3, 2026.

Plaintiff respectfully requests her deadline to file supplemental briefing be correspondingly extended from April 3, 2026 to April 10, 2026.

The parties avow this Stipulation is made in good faith and not for the purpose of undue delay.

A Proposed Order has been submitted along with this Stipulation.

**RESPECTFULLY SUBMITTED** this 27th day of March 2026.

**ENARA LAW, PLLC**

By: /s/ *Ross P. Meyer*
    Ross P. Meyer
    Morgan E. Silva
    *Attorneys for Defendant*
    *Jeffery Lindsay*

**SILENCE LAW GROUP, PLLC**

By: /s/ *Jeffery Silence (with permission)*
    Jeffery Silence
    Trevor Cook
    *Attorneys for Plaintiff Cameron*
    *Stangel*

**ORIGINAL** e-filed via CM / ECF this
27th day of March,  2026.

**COPY** of the foregoing e-served and e-mailed
this 27th day of March, 2026, to:

2

Jeffrey Silence, Esq.
Trevor Cook, Esq.
**Silence Law Group, PLLC**
20235 N. Cave Creek Road | Suite 104 | #460
Phoenix, AZ  85204
jeff@silencelaw.com
trevor@silencelaw.com
*Attorneys for Plaintiff*

James Burr Shields, Esq.
**Shields Petitti & Zoldan, PLC**
5090 N. 40th Street | Suite 207
Phoenix, AZ  85018
burr@shieldspetitti.com
*Attorneys for Plaintiff*

**COURTESY COPY** of the foregoing emailed this
27th day of March, 2026, to:

D. Rob Burris, Esq.
Jeremy T. Shorbe
**Burris & Macomber, PLLC**
2478 East River Road
Tucson, AZ  85718
rob@burrismacomber.com
jeremy@burrismacomber.com
*Previous Counsel for Defendant Jeffery Lindsay*

### CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of March 2026, the foregoing document described herein above was sent via CM/ECF to Plaintiff and Defendant, delineated herein below:

James Burr Shields, Esq.
Shields Petitti & Zoldan, PLC
5090 N. 40th Street | Suite 207
Phoenix, AZ  85018
burr@shieldspetitti.com
*Attorneys for Plaintiff*

3

Jeffrey Silence, Esq. | Trevor Cook, Esq.
Silence Law Group, PLLC
20235 N. Cave Creek Road | Suite 104 | #460
Phoenix, AZ  85204
jeff@silencelaw.com | trevor@silencelaw.com
*Attorneys for Plaintiff*

D. Rob Burris, Esq. | Jeremy T. Shorbe
**Burris & Macomber, PLLC**
2478 East River Road
Tucson, AZ  85718
rob@burrismacomber.com | jeremy@burrismacomber.com
*Previous Counsel for Defendant Jeffery Lindsay*

By:*/s/ Tammy S. Spears*

4