**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cameron Stangel, | Case No.  4:25-cv-00471-JCH |
| Plaintiff, | **[*PROPOSED*] ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE MOTION TO DISMISS SUPPLEMENTAL BRIEFING** |
| v. | |
| Jeffery Lindsay, | |
| Defendant. | (Assigned to the Hon. John C. Hinderaker) |

The Court, having received, reviewed and considered the Stipulation for Extension of Time to File Motion to Dismiss Supplemental Briefing and with good cause appearing:

IT IS HEREBY ORDERED, granting the Stipulation for Extension of Time to File Motion to Dismiss Supplemental Briefing.

IT IS FURTHER ORDERED, the deadline for Mr. Lindsay's Supplemental Briefing is extended from March 27, 2026 to April 3, 2026.

IT IS FURTHER ORDERED, the deadline for Ms. Stangel's Supplemental Briefing is extended from April 3, 2026 to April 10, 2026.

DATED:_____

_____
Honorable John C. Hinderaker
United States District Judge

1