# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Cameron Stangel, | No. CV-25-00471-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Jeffery Lindsay, | |
| Defendant. | |

Before the Court is Defendant's Motion for Substitution of Counsel (Doc. 20)[1] and the Parties' Stipulation for Extension of Time to File Motion to Supplemental Briefing (Doc. 22). Good cause appearing,

Accordingly,

**IT IS ORDERED granting** the Parties' Stipulation for Extension of Time to File Motion to Supplemental Briefing (Doc. 22). Defendant's deadline to file supplemental briefing is April 3, 2026. Plaintiff's deadline to file supplemental briefing is April 10, 2026.

**IT IS FURTHER ORDERED granting** Defendant's Motion for Substitution of Counsel (Doc. 20). D. Rob Burris and Jeremy T. Shorbe of Burris & Macomber are permitted to withdraw as counsel of Defendant Jeffery Lindsay and Ross P. Meyer and Morgan E. Silva of Enara Law PLLC are permitted to be substituted as new counsel on behalf of Defendant Jeffery Lindsay.

. . . .

---

[1] Defendant also filed a second Motion for Substitution of Counsel (Doc. 21), identical to the first. The Court will deny this Motion as moot.

**IT IS FURTHER ORDERED** that all further pleadings, notices, correspondence, filings and order shall be distributed to Defendant's new counsel as follows:

Ross P. Meyer
Morgan E. Silva
ENARA LAW PLLC
7631 E. Greenway Road, Suite B-2
Scottsdale, AZ 85260
602.687.2010
Ross@enaralaw.com
Morgan@enaralaw.com
Filings@enaralaw.com

**IT IS FINALLY ORDERED denying** Defendant's Motion for Substitution of Counsel (Doc. 21) as **moot**.

Dated this 30th day of March, 2026.

John C. Hinderaker
United States District Judge