# EXHIBIT 1



# TEXAS SECRETARY of STATE
# JANE NELSON

## BUSINESS ORGANIZATIONS INQUIRY - VIEW ENTITY

| | | | |
|---|---|---|---|
| **Filing Number:** | 804975091 | **Entity Type:** | Domestic Nonprofit Corporation |
| **Original Date of Filing:** | March 17, 2023 | **Entity Status:** | In existence |
| **Formation Date:** | N/A | **Non-Profit Type:** | N/A |
| **Tax ID:** | 32088919751 | **FEIN:** | |
| **Duration:** | Perpetual | | |

**Name:** Reichert Foundation of Photographic Arts, Inc.

**Address:** 1145 PERRY RD
AUSTIN, TX 78721-3113 USA

| REGISTERED AGENT | FILING HISTORY | NAMES | MANAGEMENT | ASSUMED NAMES | ASSOCIATED ENTITIES | INITIAL ADDRESS |
|---|---|---|---|---|---|---|

| Name | Address | Inactive Date |
|---|---|---|
| Cameron Stangel | 1145 Perry Road<br>Austin, TX 78721 USA | |

[Order]  [Return to Search]

Instructions:
- To place an order for additional information about a filing press the 'Order' button.