# EXHIBIT A

**Personal Travel Coordinator Service Agreement**

This agreement (the "Agreement") is entered into on April 12, 2024, between Jeff Lindsay located at Angels Ranch P.O. Box 133 Pecos, Texas, hereinafter referred to as the "Employer," and Cameron Stangel, located at 1145 Perry Road, Austin, TX, hereinafter referred to as the "Travel Coordinator."

This Contract shall commence on April 12, 2024 and shall continue for a period of three (3) years, terminating on April 10, 2027. The Travel Coordinator shall perform and not exceed five hundred and twenty (520) days of active travel coordination within the first thirty-six (36) months of employment.

During periods when active travel is not conducted, the Travel Coordinator's duties will be paused unless the Travel Coordinator is home planning the next trip.

**Services Detail**

The Travel Coordinator agrees to provide personal travel coordination services as detailed in the job description below to the Employer for no more than five hundred twenty (520) days of active travel within the first thirty-six (36) months of employment, in exchange for compensation as detailed below.

**Job Description**

The services include but are not limited to: a. Planning and organizing travel itineraries. b. Making travel arrangements such as organizing documents and visas, booking flights, accommodations, and transportation. c. Providing recommendations for activities and attractions.

**Compensation Detail**

In exchange for services provided by the Travel Coordinator, the Employer agrees to compensate the Travel Coordinator with and rightful ownership of the buildings and parcels located at 6 Naco Rd Bisbee, AZ, Parcel Numbers 103-62-273-A and 103-62-459-A. The property shall be transferred to the Travel Coordinator upon the completion of five hundred and twenty (520) days of active travel coordination within the first thirty-six (36) months of employment, or upon reaching the termination date, whichever comes first.

During the first thirty-six (36) months the Travel Coordinator will pay the appropriate taxes and insurance on the property located at 6 Naco Rd, Bisbee, AZ.

In addition, the Employer agrees to cover all expenses associated with the Travel Coordinator position including any necessary equipment needed for travel planning (international WiFi, phones, etc), travel and accommodations, emergency medical, and anything else deemed necessary.

(Continued to page 2)

(Page 2, continued)

**Death Clause**
In the unfortunate event of the Employer's death during the term of this Agreement, the estate shall immediately and automatically transfer the deeds of the properties located at 6 Naco Rd Bisbee, AZ, Parcel Numbers 103-62-273-A and 103-62-459-A, to the Travel Coordinator as compensation for the services rendered. The estate shall cover all associated taxes, fees, or liabilities resulting from the transfer of the properties. The transfer shall be unconditional and free from any encumbrances or claims. The estate agrees to cooperate fully and promptly in facilitating the transfer of the deeds to the Travel Coordinator.

**Miscellaneous**
This Agreement constitutes the entire understanding between the parties concerning the subject matter hereof and supersedes all prior agreements and understandings, whether written or oral.

**Amendment Clause**
This Agreement may be amended or modified only by a written instrument executed by both parties hereto. Any proposed amendments shall be presented in writing to the other party, specifying the proposed changes and the rationale behind them. Both parties shall engage in good faith negotiations to reach mutual agreement on any amendments. Amendments shall only be deemed valid and enforceable if executed in writing by both parties. No oral agreements or understandings shall modify the terms of this Agreement.

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the date first above written.

| | | |
|---|---|---|
| [signature] | JEFF LINDSAY | 4-12-2024 |
| Employer Signature | Employer Print Name | Date |
| [signature] | Cameron Jean Stangel | 4/12/2024 |
| Travel Coordinator Signature | Travel Coordinator Print Name | Date |
| [signature] | Beau Reichert | 4/12/2024 |
| Witness Signature | Witness Print Name | Date |

State of Arizona }
} ss.
County of Cochise }

The foregoing instrument was acknowledged before me this 12th day of April, 2024,
by Cameron Jean Stangel.

Candace Morales
NOTARY PUBLIC

My commission expires: 10-1-24

CANDACE MORALES
Notary Public - State of Arizona
COCHISE COUNTY
Commission # 588914
Expires October 1, 2024

State of Arizona }
} ss.
County of **Cochise** }

The foregoing instrument was acknowledged before me this 12th day of April, 2024
by Beau Reichert.

Candace Morales
NOTARY PUBLIC

My commission expires: 10-1-24

CANDACE MORALES
Notary Public - State of Arizona
COCHISE COUNTY
Commission # 588914
Expires October 1, 2024

State of Arizona }
} ss.
County of **Cochise** }

The foregoing instrument was acknowledged before me this 12th day of April, 2024,
by Jeff Lindsay

Candace Morales
NOTARY PUBLIC

My commission expires: 10-1-24

CANDACE MORALES
Notary Public - State of Arizona
COCHISE COUNTY
Commission # 588914
Expires October 1, 2024

THIS NOTARY CERTIFICATE IS TO BE ATTACHED TO: PERSONAL TRAVEL COORDINATOR SERVICE AGREEMENT

| |
|---|
| Date of Document: April 12, 2024 / Consisting of 3 pages<br>Parties to Document: |