**Silence Law Group, PLLC**
20235 N. Cave Creek Rd. Ste 104 # 460
Phoenix, AZ 85024
**Jeffrey Silence** (029143)
Direct Dial: (602) 932-8358
Email: jeff@silencelaw.com
**Trevor Cook** (037952)
Direct Dial: (602) 932-5868
Email: trevor@silencelaw.com

**Shields Petitti & Zoldan, PLC**
**James Burr Shields**
Direct Dial : (602) 718-3331
Email: burr@shieldspetitti.com

*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Cameron Stangel,<br><br>Plaintiff,<br><br>v.<br><br>Jeffery Lindsay,<br><br>Defendant. | Case No. CV-25-471-JCH<br><br>**NOTICE OF FILING THIRD AMENDED COMPLAINT**<br><br>(Hon. John C. Hinderaker) |

Plaintiff Cameron Stangel notices the Court she has filed a Third Amended Complaint, (Doc. 30), pursuant to the Order of the Court filed September 24, 2026 (Doc. 29). The Third Amended Complaint amends only Count 6, including its supporting facts, the scope of amendment permitted by the Order.

A copy of the amended pleading that indicates in what respect it differs from the pleading which it amends is attached to this notice.

SILENCE LAW GROUP

RESPECTFULLY SUBMITTED this 2d day of October, 2026.

**Silence Law Group, PLLC**

*/S/ Trevor Cook*
Trevor Cook
Jeffrey Silence
James Burr Shields
*Attorneys for Plaintiff*

SILENCE LAW GROUP