**Ross P. Meyer (028473)**
Ross@EnaraLaw.com
**Morgan E. Silva (039166)**
Morgan@EnaraLaw.com
**Enara Law PLLC**
2150 E. Highland Ave., Unit 212
Phoenix, AZ 85016
Telephone: (602) 687-2010
Filings@EnaraLaw.com
*Attorneys for Defendant Jeffery Lindsay*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Cameron Stangel,<br><br>Plaintiff,<br><br>v.<br><br>Jeffery Lindsay,<br><br>Defendant. | Case No. 4:25-cv-00471-JCH<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER THIRD AMENDED COMPLAINT (DOC. 30)**<br><br>**(FIRST REQUEST)**<br><br>(Assigned to the Hon. John C. Hinderaker) |

The parties, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 6(b)(1) and LRCiv 6.1 and 7.3, hereby stipulate and request that the Court extend Defendant Jeffery Lindsay's deadline to answer Plaintiff's Third Amended Complaint (Doc. 30) by one (1) week, to and including **October 23, 2026**.

On September 24, 2026, the Court ordered Defendant to answer the operative complaint "after October 2, 2026 and before October 16, 2026." (Doc. 29, at 20:15-20). Plaintiff filed her Third Amended Complaint on October 2, 2026. (Docs. 30, 31.) Due to scheduling conflicts and conflicting deadlines in other matters, Defendant's counsel requires a brief additional period to complete Defendant's Answer, and Plaintiff has agreed to the requested extension.

Pursuant to LRCiv 7.3(a), this is the first request for an extension of Defendant's deadline to answer. No previous extension of this deadline has been requested or granted. The Court previously extended only the briefing deadlines on Defendant's Motion to Dismiss (Docs. 11, 24).

The parties avow this Stipulation is made in good faith and not for the purpose of undue delay.

A proposed form of order is lodged separately pursuant to LRCiv 7.1(b)(3) and 7.3(a).

**RESPECTFULLY SUBMITTED** this 16th day of October, 2026.

**ENARA LAW, PLLC**

By: */s/ Ross P. Meyer*
Ross P. Meyer
Morgan E. Silva
*Attorneys for Defendant Jeffery Lindsay*

**SILENCE LAW GROUP, PLLC**

By: */s/ Trevor Cook (w/ Permission)*
Jeffrey Silence
Trevor Cook
*Attorneys for Plaintiff*

**SHIELDS, PETITTI & ZOLDAN, PLLC**

By: /s/
James Burr Shields
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of October, 2026, the foregoing document described herein above was sent via CM/ECF to Plaintiff and Defendant, delineated herein below:

James Burr Shields, Esq.
Shields Petitti & Zoldan, PLC
5090 N. 40th Street | Suite 207
Phoenix, AZ 85018
burr@shieldspetitti.com
*Attorneys for Plaintiff*

Jeffrey Silence, Esq. | Trevor Cook, Esq.
Silence Law Group, PLLC
20235 N. Cave Creek Road | Suite 104 | #460
Phoenix, AZ 85204
jeff@silencelaw.com | trevor@silencelaw.com
*Attorneys for Plaintiff*

D. Rob Burris, Esq. | Jeremy T. Shorbe
**Burris & Macomber, PLLC**
2478 East River Road
Tucson, AZ 85718
rob@burrismacomber.com | jeremy@burrismacomber.com
*Previous Counsel for Defendant Jeffery Lindsay*

By: */s/ Tammy S. Spears*