**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Cameron Stangel,

Plaintiff,

v.

Jeffery Lindsay,

Defendant.

Case No. 4:25-cv-00471-JCH

**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO ANSWER THIRD AMENDED COMPLAINT**

(Assigned to the Hon. John C. Hinderaker)

The Court having reviewed and considered the parties' Stipulation for Extension of Time to Answer Third Amended Complaint, and good cause appearing,

IT IS ORDERED granting the parties' Stipulation for Extension of Time to Answer Third Amended Complaint.

IT IS FURTHER ORDERED that Defendant shall file his Answer to Plaintiff's Third Amended Complaint (Doc. 30) on or before October 23, 2026.

DATED:______________________

______________________________
Honorable John C. Hinderaker
United States District Judge