**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Cameron Stangel,

Plaintiff,

v.

Jeffery Lindsay,

Defendant.

No. CV-25-00471-TUC-JCH

**ORDER**

Before the Court is the parties' Stipulation for Extension of Time to Answer Third Amended Complaint. (Doc. 32.) Good cause appearing,

Accordingly,

**IT IS ORDERED granting** the parties' Stipulation for Extension of Time to Answer Third Amended Complaint. (Doc. 32.)

**IT IS FURTHER ORDERED extending** Defendant's deadline to answer the Third Amended Complaint to October 23, 2026.

Dated this 19th day of October, 2026.

John C. Hinderaker
United States District Judge